UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE
DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:

Morehead Memorial Hospital                                          Case No: B-17-10775
       Debtor

NOTICE OF FORMATION OF CREDITORS COMMITTEE UNDER CHAPTER 11

    Section 1102 of the Bankruptcy Code under Chapter 11 Reorganization requires the Court, as soon as practical, to appoint a committee of creditors holding unsecured claims.  Such a committee provides a means for the unsecured creditors to be represented and have a voice during a Chapter 11 case and to have input regarding the kind of treatment that is provided for the unsecured creditors in the plan of reorganization in the case.

    **The Bankruptcy Code expressly provides that the Unsecured Creditors Committee may employ a lawyer to represent and advise the Committee at the expense of the bankruptcy estate, not  the individual members of the Committee.  Service on a Committee is neither unduly burdensome  nor time consuming.  The Committee's lawyer can handle representation of the Committee at  most court hearings without the necessity for individual committee members to be present.  Meetings of the Committee frequently are conducted by telephonic means without the Committee  members having to travel.  To the extent that Committee members are called upon to attend  hearings or meetings of the Committee, the Bankruptcy Code provides for the Committee members  to be reimbursed for reasonable expenses incurred in attending hearings or Committee meetings.**

    The committee ordinarily consists of at least three persons who are willing to serve. The committee may be limited to seven persons/entities responding who hold the largest claims. The twenty largest claims according to the information in this case are as follows:

| NAME OF CREDITOR | ADDRESS | AMOUNT OF CLAIM |
| --- | --- | --- |
| Aramark Corporation Healthcare Group<br>24863 Network Pl<br>Chicago Il.   60673-1248 | Aramark Corporation Healthcare Group<br>Attn: Managing Agent, Officer, Director<br>24863 Network Pl<br>Chicago Il.   60673-1248 | $303,917.40 |
| Crothall<br>1500 Liberty Ridge Dr Suite 210<br>Wayne Pa 19087 | Crothall<br>Attn: Managing Agent, Officer, Director<br>1500 Liberty Ridge Dr Suite 210<br>Wayne Pa 19087 | $277,985.50 |

| | | |
|---|---|---|
| Moonlighting Solutions<br>1155 Revolution Mill Dr<br>Studio 12<br>Greensboro NC 27405 | Moonlighting Solutions<br>Attn: Managing Agent, Officer, Director<br>1155 Revolution Mill Dr<br>Studio 12<br>Greensboro NC 27405 | $182,143.34 |
| American Express<br>PO Box 1270<br>Newark NJ  07101-1270 | American Express<br>Attn: Managing Agent, Officer, Director<br>PO Box 1270<br>Newark NJ 07101-1270 | $181,876.34 |
| Parallon /Chicago Il<br>1100 Charlotte Ave<br>Suite 1600<br>Nashville Tn 37203 | Parallon /Chicago Il<br>Attn: Managing Agent, Officer, Director<br>1100 Charlotte Ave<br>Suite 1600<br>Nashville Tn 37203 | $155,170.75 |
| Elekta Inc<br>400 Perimeter Ctr Ter Ne<br>Suite 50<br>Atlanta Ga 30346-1227 | Elekta Inc<br>Attn: Managing Agent, Officer, Director<br>400 Perimeter Ctr Ter  Ne<br>Suite 50<br>Atlanta Ga 30346-1227 | $127,115.16 |
| Novant Health Shared Services<br>2085 Frontis Plz<br>Winston Salem NC  27103 | Novant Health Shared Services<br>Attn: Managing Agent, Officer, Director<br>2085 Frontis Plz<br>Winston Salem NC 27103 | $120,821.00 |
| Nuvasive Inc<br>7475 Lusk Blvd<br>San Diego Ca 92121 | Nuvasive Inc<br>Attn: Managing Agent, Officer, Director<br>7475 Lusk Blvd<br>San Diego Ca 92121 | $631,629.94 |

| | | |
|---|---|---|
| Legacy Healthcare Services Inc<br>Po Box 743715<br>Atlanta Ga 30384-3715 | Legacy Healthcare Services Inc<br>Attn: John or Managing Agent,<br>Officer, Director<br>PO Box 743715<br>Atlanta Ga 30384-3715 | $568,154.05 |
| Morrison Healthcare<br>POBox 102289<br>Atlanta Ga 30368-2289 | Morrison Healthcare<br>Attn: Managing Agent, Officer,<br>Director<br>PO Box 102289<br>Atlanta Ga 30368-2289 | $358,256.90 |
| Medassist Firstsource Solutions<br>6455 Reliable Pkwy<br>Chicago Il 60686 | Medassist Firstsource Solutions<br>Attn: Managing Agent, Officer,<br>Director<br>6455 Reliable Pkwy<br>Chicago Il 60686 | $81,397.54 |
| Medtronic Usa Inc<br>11811 Willows Rd Ne<br>Redmond Wa 98052 | Medtronic Usa Inc<br>Attn: Managing Agent, Officer,<br>Director<br>11811 Willows Rd Ne<br>Redmond Wa 98052 | $77,349.35 |
| Pharmerica<br>1901 Campus Pl<br>Louisville KY40299 | Pharmerica<br>Attn: Managing Agent, Officer,<br>Director<br>1901 Campus Pl<br>Louisville KY40299 | $72,045.33 |
| Nchewc Fund<br>6525 Morrison Blvd<br>Suite 200<br>Charlotte NC 28221 | Nchewc Fund<br>Attn: Managing Agent, Officer,<br>Director<br>6525 Morrison Blvd<br>Suite 200<br>Charlotte NC 28221 | $57,671.00 |
| Medical Solutions LLC<br>1010 North 102nd St Suite 300<br>Omaha NE  68114 | Medical Solutions LLC<br>Attn: Managing Agent, Officer,<br>Director<br>1010  North 102nd St Suite 300<br>Omaha NE  68114 | $57,319.96 |

| | | |
|---|---|---|
| Cross Country Staffing<br>Po Box 404674<br>Atlanta Ga 30384-4674 | Cross Country Staffing<br>Attn: Ann Ferreano Or Managing Agent, Officer, Director<br>Po Box 40467<br>4Atlanta Ga 30384-4674 | $54,643.78 |
| Novo Health Services/Synergy Health<br>12425 Racetrack Rd<br>Tampa FL 33626 | Novo Health Services/Synergy Health<br>Attn: Managing Agent, Officer, Director<br>12425 Racetrack Rd<br>Tampa FL 33626 | $50,325.73 |
| Healthgram Inc<br>Po Box 11088<br>Charlotte NC 28220 | Healthgram Inc<br>Attn: Managing Agent, Officer, Director<br>Po Box 11088<br>Charlotte NC 28220 | $47,405.02 |
| Medline Industries<br>One Medline Place<br>Mundelein Il 60060 | Medline Industries<br>Attn: Cathy Mcgovern Or Managing Agent, Officer, Director<br>One Medline Place<br>Mundelein Il 60060 | $46,438.64 |
| Medical Information Technology Inc<br>Meditech Circle<br>Westwood Ma 02090 | Medical Information Technology Inc<br>Attn: Lynn Dhooge Or Managing Agent, Officer, Director<br>Meditech Circle<br>Westwood Ma 02090 | $44,162.00 |

Please promptly furnish to the Court the name of your duly authorized representative (employee) who will represent you (or your company) on this committee. You should also indicate the representative's mailing address, telephone number, e-mail address, and official relationship to you (the creditor).

Please make your responses in care of William P. Miller, U. S. Bankruptcy Administrator, Attn: Ms. Gattis, 101 S. Edgeworth Street, Greensboro, N. C. 27402, by facsimile at 336-291-9913 or via e-mail at susan_gattis@ncmba.uscourts.gov within ten days from the date of this notice. As committee members must be willing to serve, if no reply is received at that time, the creditor will NOT be appointed to the committee. An organizational meeting will be scheduled after the committee is appointed. DO NOT FILE PROOFS OF CLAIMS WITH THIS OFFICE.

Date: July 11, 2017

                            U. S. BANKRUPTCY ADMINISTRATOR
BY:     <u>s/Susan O. Gattis</u>
                            Bankruptcy Analyst