**SO ORDERED.**

**SIGNED this 11th day of July, 2017.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

_____

```
              UNITED STATES BANKRUPTCY COURT
              MIDDLE DISTRICT OF NORTH CAROLINA
                    GREENSBORO DIVISION

In re:                              )
                                    )
Morehead Memorial Hospital,         )    Case No. 17-10775
                                    )
          Debtor.                   )    Chapter 11
_____)
```

### Order for Debtor to Show Cause, if any, Why the Court Should Not Appoint Ombudsman

This case is before the Court _sua sponte_ pursuant to 11 U.S.C. § 333. Morehead Memorial Hospital ("Debtor") filed a Voluntary Petition [Doc. #1] on July 10, 2017 under chapter 11. Debtor is a health care business as contemplated by 11 U.S.C. § 333. Under 11 U.S.C. § 333, the Court shall appoint a patient care ombudsman no later than 30 days after the commencement of the case, unless the Court finds the appointment is not necessary for the protection of patients under the specific facts of the case. Therefore, the Court will conduct an initial hearing on July 14, 2017, at 9:30 a.m., United States Bankruptcy Court, Courtroom 1, 101 S. Edgeworth St., Greensboro, North

Carolina, for Debtor and any party in interest to appear and show cause why the Court should not appoint a patient care ombudsman.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that an initial hearing on the appointment of a patient care ombudsman is hereby set for 9:30 a.m. on July 14, 2017, at Courtroom 1, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401.

IT IS FURTHER ORDERED that counsel for Debtor shall serve a copy of this Order on the following parties:

(a) The Bankruptcy Administrator for the Middle District of North Carolina;

(b) The creditors asserting a lien on any property of the estate or an interest in cash collateral;

(c) The Debtor's utility providers;

(d) The creditors holding the 20 largest unsecured claims;

(e) The United States Department of Justice;

(f) The United States Attorney for the Middle District of North Carolina;

(g) The United States Department of Housing and Urban Development;

(h) The United States Department of Health and Human Services;

(i) The Attorney General of the State of North Carolina; and

(j) The North Carolina Department of Health and Human Services.

Such service shall be made by counsel for Debtor on the aforementioned parties by electronic mail, facsimile, or overnight courier not later than July 11, 2017.  Such service shall constitute adequate notice of the hearing.

[End of Document]