UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In re:
Morehead Memorial Hospital

    Debtor

Case No. B-17-10775

NOTICE OF APPOINTMENT OF OFFICIAL
UNSECURED CREDITORS' COMMITTEE

    The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed as the Official Unsecured Creditors' Committee in this case:

| CREDITOR | AGENT |
|---|---|
| Morrison Healthcare<br>4721 Morrison Drive, Suite 300<br>Mobile, Alabama   36609 | Jerry G. Carpenter |
| Crothall Healthcare<br>1500 Liberty Ridge Drive, Suite 210<br>Wayne, PA 19087 | Stacey Hall |
| Medline Industries, Inc.<br>Three Lakes Drive<br>Northfield, Il 60093 | Shane Reed |
| Moonlighting Solutions, LLC<br>1155 Revolution Mill Drive, Studio 12<br>Greensboro, NC 27405 | Carrie Cotter |
| Aramark<br>1101 Market Street<br>Philadelphia, Pa. 19118 | Charles J. Reitmeyer |
| NuVasive, Inc.<br>5475 Lusk Boulevard<br>San Diego CA   92121 | Gregory Jackson |
| PBGC<br>1200 K Street NW<br>Washington, DC   20005 | Mark Shelton and Taylor Jones |

Date: July 24th, 2017

                      RESPECTFULLY SUBMITTED,
                      WILLIAM P. MILLER
                      BANKRUPTCY ADMINISTRATOR

                                                      By: s/Robert E. Price, Jr.
                                                      Assistant U. S. Bankruptcy Administrator
                                                       N. C. State Bar No. 9422


U. S. BANKRUPTCY ADMINISTRATOR
101 S. Edgeworth Street
Greensboro, NC 27401
(336)358-4170

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In re:
Morehead Memorial Hospital

Case No. B-17-10775

    Debtor

---

CERTIFICATE OF SERVICE

The undersigned certifies that on July 24, 2017, a copy of the Notice of Appointment of Official Unsecured Creditors' Committee was served upon each of the following via U. S. mail or electronic service, where indicated:

| | |
|---|---|
| Stacey Hall | Stacey.Hall@compass-usa.com |
| Shane Reed | SReed@medline.com |
| Carrie Cotter | Carrie.Cotter@moonlightingsolutions.com |
| Jerry Carpenter | JerryCarpenter@IamMorrison.com |
| Charles Reitmeyer | reitmeyer-charles@aramark.com |
| Gregory Jackson | Gjackson@nuvasive.com |
| Jennifer Nassira | JLNassiri@venable.com |
| Mark Shelton | Shelton.Mark@pbgc.gov |
| Taylor Jones | Jones.Taylor@pbgc.gov |

                                                     By: s/Susan Gattis
                                                    Bankruptcy Analyst