**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-10775 |
| **MOREHEAD MEMORIAL HOSPITAL,** ) | |
| ) | **Chapter 11** |
| Debtor. ) | |
| ) | |

**NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES SUBJECT TO POSSIBLE ASSUMPTION AND ASSIGNMENT AND PROPOSED CURE AMOUNTS**

**PLEASE TAKE NOTICE** that on September 19, 2017, the United States Bankruptcy Court for the Middle District of North Carolina, Greensboro Division, entered an Order (A) Establishing Bid Procedures Related to the Sale of the Debtor's Assets, (B) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, and (D) Granting Related Relief (the "Bid Procedures Order") [Dkt. No. 220]. The Bid Procedures Order, among other things, requires the Debtor to file and serve a notice (the "Cure Notice") of proposed cure amounts (the "Cure Amount") for all executory contracts and unexpired leases subject to potential assumption and/or assignment (the "Potentially Assumed Executory Contracts") to the successful bidder(s) to be identified at the conclusion of the auction of the Debtor's assets.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit A** attached hereto includes a list of all Potentially Assumed Executory Contracts that may be included as part of the sale(s) and the proposed Cure Amount for each Potentially Assumed Executory Contract.[1]

---

[1] Such Cure Amounts equal the unsecured claims of the counterparties listed on the Debtor's Schedule E/F. Where more than one executory contract/unexpired lease is included on Exhibit A for any one counterparty, then the unsecured claim amount/Cure Amount is only listed for the first executory contract/unexpired lease of each counterparty as the Debtor has not yet determined how the unsecured claim amount/Cure Amount should be allocated between the various executory contracts/unexpired leases for any particular counterparty.

1

**PLEASE TAKE FURTHER NOTICE** that any objection to the Cure Amount or the assumption and assignment of a Potentially Assumed Executory Contract must be filed with the Bankruptcy Court and served on the undersigned counsel on or before **November 2, 2017** (the "Cure Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bid Procedures Order, any objection to the Cure Amount must state with specificity what cure the party to the Potentially Assumed Executory Contract believes is required with appropriate documentation in support thereof. If no objection is timely received, the Cure Amount set forth in the Cure Notice shall be controlling notwithstanding anything to the contrary in any Potentially Assumed Executory Contract or other document as of the date of the Cure Notice; the non-debtor party to the Potentially Assumed Executory Contract shall be deemed to have stipulated that the Cure Amount set forth in the Cure Notice is correct; the non-debtor party shall be forever barred, estopped and enjoined from asserting or claiming that any additional amounts are due or other defaults exist, that conditions to assignment must be satisfied under such Potentially Assumed Executory Contract or that there is any objection or defense to the assumption and assignment of such Potentially Assumed Executory Contract, including any argument that there exist conditions to assumption and assignment that must be satisfied under such Potentially Assumed Executory Contract or that any required consent to assignment has not been given.

**PLEASE TAKE FURTHER NOTICE** that the inclusion of any contracts or leases on **Exhibit A** hereto shall not constitute or be deemed to be a determination or admission by the Debtor that such document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code (all rights with respect thereto being expressly reserved).

Respectfully submitted, this the 3rd day of October, 2017.

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

*Attorneys for the Debtor*

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| 3M CO | AMENDMENT 6 TO THE SOFTWARE LICENSE AGREEMENT | SOFTWARE LICENSE | $0.00 |
| ACCELERATED CARE PLUS ACP | EQUIPMENT LEASE | OMNICYCLE PORTABLE PRINTER LEASE - NURSING HOME | $756.00 |
| ADVANCED HOME CARE INC | MEMBER AGREEMENT | SERVICE AGREEMENT | $9,492.03 |
| AETNA LIFE INSURANCE CO | PHYSICIAN HOSPITAL ORGANIZATION AGREEMENT | LIFE INSURANCE | $0.00 |
| AGFA HEALTHCARE CORP | CRICLES OF CARE SERVICE MAINTENANCE AGREEMENT | SERVICE AGREEMENT | $0.00 |
| AIG SPECIALTY INSURANCE CO | INSURANCE POLICY | CYBER LIABILITYPOLICY # 018809177 | $0.00 |
| ALAMANCE COMMUNITY COLLEGE | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| ALDRETE SCORE INC | LICENSE AGREEMENT | LICENSE AGREEMENT | $0.00 |
| AMERICAN HEALTH TECH INC | SOFTWARE LICENSE AGREEMENT | SOFTWARE LICENSE | $983.12 |
| AMERICAN HEALTHTECH | OPERATING LICENSE | FIRST DATABANK / E H R IT | See Notice n.1 |
| AMERICAN HEALTHTECH | OPERATING LICENSE | LTC SYSTEM USED AT MNC | See Notice n.1 |
| AMERICAN NATIONAL UNIVERSITY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| AMERIGROUP VIRGINIA INC | PARTICIPATING PROVIDER AGREEMENT | MANAGED CARE | $0.00 |
| AMY M JOYCE TRUSTEE | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| ANWAR MUHAMMAD MD | AMENDMENT 1 TO CONTRACT | EMPLOYMENT AGREEMENT | $0.00 |
| ANWAR MUHAMMAD MD | PHYSICIAN EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | $0.00 |
| API SOFTWARE INC | API SOFTWARE LICENSE AND EQUIPMENT AND SERVICES PURCHASE AGREEMENT | LICENSE AGREEMENT | $0.00 |
| APPALACHIAN STATE UNIVERISTY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| ARIN | OPERATING LICENSE | INTERNET IP NUMBER REGISTRY | $0.00 |
| ASTROMED INC  GRASS TECHNOLOGIES | BUSINESS ASSOCIATE AGREEMENT | SERVICE AGREEMENT | $0.00 |
| AVERETT UNIVERSITY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| BAUER BRAD MD | PHYSICIAN EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | $0.00 |
| BAXTER HEALTHCARE CORP | EQUIPMENT LEASE | EQUIPMENT LEASE | $53,961.74 |
| BAXTER HEALTHCARE CORP | EQUIPMENT LEASE | EQUIPMENT LEASE | See Notice n.1 |
| BECKMAN COULTER INC | EQUIPMENT LEASE | EQUIPMENT LEASE | $5,530.59 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| BECKMAN COULTER INC | EQUIPMENT LEASE | EQUIPMENT LEASE | See Notice n.1 |
| BECKMAN COULTER INC | EQUIPMENT LEASE | EQUIPMENT LEASE | See Notice n.1 |
| BECKMAN COULTER INC | VARIOUS EQUIPMENT PURCHASE AGREEMENTS & ADDENDUMS | PURCHASE AGREEMENT | See Notice n.1 |
| BENSON CHRIS MD | PHYSICIAN SERVICES/EMPLOYMENT | EMPLOYMENT AGREEMENT | $0.00 |
| BERKADIA COMMERCIAL MORTGAGE LLC | DEED OF TRUST AND ASSIGNMENT OF RENTS, PROFITS AND INCOME | MORTGAGE | $0.00 |
| BERKADIA COMMERCIAL MORTGAGE LLC | FIRST CITIZENS BANK & TRUST - CONTROL AGREEMENT FOR DEPOSIT ACCOUNT | ADDITIONAL COLLATERAL FOR RECORDED MORTGAGE | $0.00 |
| BERKADIA COMMERCIAL MORTGAGE LLC | HOME TRUST BANK - CONTROL AGREEMENT FOR DEPOSIT ACCOUNT | ADDITIONAL COLLATERAL FOR RECORDED MORTGAGE | $0.00 |
| BERKADIA COMMERCIAL MORTGAGE LLC | NEWBRIDGE BANK - CONTROL AGREEMENT FOR DEPOSIT ACCOUNT | ADDITIONAL COLLATERAL FOR RECORDED MORTGAGE | $0.00 |
| BERKADIA COMMERCIAL MORTGAGE LLC | WELLS FARGO BANK NA - CONTROL AGREEMENT FOR DEPOSIT ACCOUNT | ADDITIONAL COLLATERAL FOR RECORDED MORTGAGE | $0.00 |
| BIT9 INC | CHANGE ORDER FOR BIT9 PROFESSIONAL SERVICES | SERVICE AGREEMENT | $0.00 |
| BIT9 INC | CONFIDENTIALITY AGREEMENT | CONFIDENTIALITY AGREEMENT | $0.00 |
| BIT9 INC | LETTER | EXTENSION LETTER | $0.00 |
| BIT9 INC | STATEMENT OF WORK FOR BIT9 PROFESSIONAL SERVICES | SERVICE AGREEMENT | $0.00 |
| BLACKMON SVC INC | MAINTENANCE AGREEMENT | HVAC MAINTENANCE | $0.00 |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA | NETWORK PARTICIPATION AGREEMENT | MANAGED CARE | $0.00 |
| BLUE ELM CO LLC | BUSINESS ASSOCIATE AGREEMENT | | $0.00 |
| BLUE ELM CO LLC | DRAUDITOR SOFTWARE LICENSE & MAINTENANCE AGREEMENT | SOFTWARE LICENSE | $0.00 |
| BLUEHEALTH TECHNOLOGY | BUSINESS ASSOCIATE AGREEMENT | SERVICE AGREEMENT | $0.00 |
| BRADLEY CANDACE DO | PHYSICIAN EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | $0.00 |
| BRENTWOOD COMMUNICATIONS INC | SUBSCRIBER AGREEMENT | MARKETING | $0.00 |
| BRENTWOOD COMMUNICATIONS INC | SUBSCRIBER AGREEMENT | MARKETING | $0.00 |
| BROOKSTONE COLLEGE OF BUSINESS | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| BUIST NIGEL MD | PHYSICIAN SERVICES/EMPLOYMENT | EMPLOYMENT AGREEMENT | $0.00 |
| BUSINESS MACHINE PRODUCTS INC | PRINT MANAGEMENT AGREEMENT | SERVICE AGREEMENT | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---:|
| BUTLER CYNTHIA MD | PHYSICIAN SERVICES/EMPLOYMENT | EMPLOYMENT AGREEMENT | $0.00 |
| CAMPBELL UNIVERSITY INC | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| CARBON BLACK INC | CHANGE ORDER FOR CARBON BLACK, INC. PROFESSIONAL SERVICES | SERVICE AGREEMENT | $0.00 |
| CARDINAL HEALTH 200 INC | EQUIPMENT LEASE | EQUIPMENT LEASE | $247,172.11 |
| CARDINAL HEALTH 200 INC | EQUIPMENT LEASE | EQUIPMENT LEASE | See Notice n.1 |
| CARDINAL HEALTH 200 INC | EQUIPMENT LEASE | EQUIPMENT LEASE | See Notice n.1 |
| CARDINAL INNOVATIONS HEALTHCARE | PROCUREMENT CONTRACT FOR PROVISIONS OF SERVICES | MANAGED CARE | $0.00 |
| CARE N CARE INSURANCE CO NORTH CAROLINA INC | FACILITY SERVICES AGREEMENT | MANAGED CARE | $0.00 |
| CASE STEVEN MD | PHYSICIAN SERVICES/EMPLOYMENT | EMPLOYMENT AGREEMENT | $0.00 |
| CASTLE SYSTEMS | OPERATING LICENSE | OFF SITE SAN REPLICATION FOR MEDITECH | $0.00 |
| CASTLE SYSTEMS | OPERATING LICENSE | OSDR CENTRAL DISASTER RECOVERY | $0.00 |
| CATHEY LAMONT MD | PHYSICIAN SERVICES/EMPLOYMENT | EMPLOYMENT AGREEMENT | $0.00 |
| CDW GOVERNMENT | LICENSE AGREEMENT | HP 1 Y ABS DDS PREM | $0.00 |
| CENTRAL TELEPHONE CO | SERVICE & EQUIPMENT AGREEMENT | SERVICE AGREEMENT | $0.00 |
| CENTURYLINK SALES SOLUTIONS INC | CENTURYLINK CUSTOM COVER AGREEMENT | SERVICE AGREEMENT | $14,268.93 |
| CENTURYLINK SALES SOLUTIONS INC | CENTURYLINK CUSTOM COVER AGREEMENT | SERVICE AGREEMENT | See Notice n.1 |
| CHAN M PARK MD FAMILY PRACTIICE | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| CHAN M PARK MD FAMILY PRACTIICE | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| CHICAGO TITLE INSURANCE CO | DEED OF TRUST AND ASSIGNMENT OF RENTS, PROFITS AND INCOME | | $0.00 |
| CIGNA HEALTHCARE OF NORTH CAROLINA INC | HOSPITAL MANAGED CARE AGREEMENT | MANAGED CARE | $0.00 |
| CLOUDWAVE (PARK PLACE) | MAINTENANCE AGREEMENT | MEDITECH HARDWARE MAINTENANCE | $0.00 |
| CLOUDWAVE (PARK PLACE) | MAINTENANCE AGREEMENT | MEDITECH INFRASTRUCTURE MAINTENANCE | $0.00 |
| CNP TECHNOLOGIES LLC | MAINTENANCE AGREEMENT | SHORETEL MAINTENANCE FOR HARDWARE & SOFTWARE | $10,130.72 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---:|
| COMPHEALTH ASSOCIATES INC | CONTINGENCY SEARCH AGREEMENT | STAFFING | $0.00 |
| COVIDIEN SALES LLC | LOCALLY NEGOTIATED AGREEMENT | PURCHASE AGREEMENT | $0.00 |
| COVIDIEN SALES LLC | NEGOTIATED AGREEMENT | PURCHASE AGREEMENT | $0.00 |
| COVIDIEN SALES LLC | PURCHASE PRICING AGREEMENT | PURCHASE AGREEMENT | $0.00 |
| COVIDIEN SALES LLC | PURCHASE PRICING AGREEMENT | PURCHASE AGREEMENT | $0.00 |
| COVISINT CORP | LICENSE AGREEMENT | PROVIDERLINK SUBSCRIPTION | $5,880.00 |
| CRANEWARE INC | CRANEWARE LICENSE AND SERVICE AGREEMENT | SERVICE AGREEMENT | $0.00 |
| CRANEWARE INC | CRANEWARE LICENSE AND SERVICE AGREEMENT | SERVICE AGREEMENT | $0.00 |
| DANIEL TERRY MD | FIRST AMENDMENT TO LETTER AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| DANVILLE REGIONAL MEDICAL CENTER LLC | PATIENT TRANSFER AGREEMENT | SERVICE AGREEMENT | $0.00 |
| DANVILLE REGIONAL MEDICAL CENTER SCHOOL OF HEALTH PROFESSIONS | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| DAVID TAPPER MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| DAYSPRING FAMILY MEDICINE ASSOCIATES PLLC | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| DAYSPRING FAMILY MEDICINE ASSOCIATES PLLC | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| DELL EMC | MAINTENANCE AGREEMENT | EMC VNX5300 MAINTENANCE | $0.00 |
| DELL SOFTWARE | LICENSE AGREEMENT | APPASSURE - RAPID RECOVERY | $0.00 |
| DEMASON MARC MD | PHYSICIAN EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | $0.00 |
| DIONNE GALLOWAY MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| DOUGLAS H ADAMS MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| DR BAUER   MOREHEAD UROLOGY | REAL PROPERTY LEASE | REAL PROPERTY LEASE | $0.00 |
| DR OTOOLE   MOREHEAD PAIN MGMT | REAL PROPERTY LEASE | REAL PROPERTY LEASE | $0.00 |
| DRFIRSTCOM INC | ADDENDUM TO MASTER AGREEMENT FOR PROVISION OF EPCS SERVICES | SERVICE AGREEMENT | $0.00 |
| DRFIRSTCOM INC | MASTER AGREEMENT | SERVICE AGREEMENT | $0.00 |
| DUKE UNIVERSITY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| DUKE UNIVERSITY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| DUKE UNIVERSITY HEALTH SYSTEM INC | TRANSFER AGREEMENT | SERVICE AGREEMENT | $0.00 |
| EAST CAROLINA UNIVERSITY | AGREEMENT | SERVICE AGREEMENT | $0.00 |
| EAST CAROLINA UNIVERSITY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | 1,744.20 |
| EAST CAROLINA UNIVERSITY | FIRST AMENDMENT TO AGREEMENT | SERVICE AGREEMENT | See Notice n.1 |
| EATON CORP | MAINTENANCE AGREEMENT | UPS MAINTENANCE | $4,593.45 |
| ECLINICALWORKS | LICENSE AGREEMENT | SAAS HOSTING FOR INTERFACE SERVICE (FAMILY PRACTICE OF EDEN), MESSENGER, CAMPAIGN SINGLE MODALITY, CAMPAIGN MULTIPLE MODALITY | $0.00 |
| ECPI UNIVERSITY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| ECPI/MEDICAL CAREERS INSTITUTE | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| ELEKTA INC | AGREEMENT | XIO CONTRACT - SOFTWARE | $127,115.16 |
| ELEKTA INC | MAINTENANCE AND SERVICE | MAINTENANCE AND SERVICE FOR ELEKTA LINEAR ACCELERATOR AND MOSAIQ EMR | See Notice n.1 |
| ELEKTA INC | PURCHASE AND LICENSE AGREEMENT | THREE YEAR HARDWARE MAINTENANCE AND SUPPORT SERVICE FEE - TPS | See Notice n.1 |
| ELON UNIVERSITY SCHOOL OF HEALTH SCIENCES | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| EMERSON NETWORK POWER | PROPOSAL FOR SERVICE | SERVICE AGREEMENT | $0.00 |
| ENVOY LLC | EMDEON PROVIDER COMPLETE CUSTOMER AGREEMENT | SERVICE AGREEMENT | $0.00 |
| FAMILY PRACTICE OF EDEN | REAL PROPERTY LEASE | REAL PROPERTY LEASE | $0.00 |
| FANTA TESFAYE D MD | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| FANTA TESFAYE D MD | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| FIREMAN'S FUND INSURANCE CO | INSURANCE POLICY | PROPERTY DAMAGEPOLICY # DZJ80973299 | $0.00 |
| FIRST CITIZENS BANK AND TRUST | NOTE MODIFICATION AGREEMENT | LOAN | $0.00 |
| FORSYTH MEMORIAL HOSPITAL | PATIENT TRANSFER AGREEMENT | SERVICE AGREEMENT | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| FORSYTH TECHNICAL COMMUNITY COLLEGE | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| FORTIFIED HEALTH SOLUTIONS | PROPOSED AGREEMENT AND SERVICE DEFINITION | INFORMATION TECHNOLOGY SECURITY AND COMPLIANCE SERVICES | $12,000.00 |
| FORWARD ADVANTAGE | LICENSE AGREEMENT | MEDTECH FAX SERVER | $0.00 |
| FREE CLINIC OF ROCKINGHAM COUNTY | FIRST AMENDMENT OF LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| FRONTIER NURSING UNIVERSITY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| GE HEALTHCARE | LICENSE AGREEMENT | REVIEW LICENSE, POSTPARTUM LICENSE, BACKUP SERVERS, CCG ENGINE | $0.00 |
| GFI SOFTWARE | PRICE QUOTE | GFI LANGUARD SUBSCRIPTION RENEWAL | $0.00 |
| GRAHAM PERSONNEL SVC INC | STAFFING TERMS AND CONDITIONS | STAFFING | $0.00 |
| GRANITE FALLS LTC | TRANSFER AGREEMENT | SERVICE AGREEMENT | $0.00 |
| GREENSBORO SPECIALTY SURGERY CENTER LLC | PATIENT TRANSFER AGREEMENT | SERVICE AGREEMENT | $0.00 |
| HASANAJ XAJE MD | FIRST AMENDMENT OF MEDICAL DIRECTOR AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| HEALTH VALUE MANAGEMENT INC D B A CHOICECARE NETWORK | HOSPITAL PARTICIPATION AGREEMENT | MANAGED CARE | $0.00 |
| HEALTHCARE STAFFING SVC A DIVISION OF SCHA SOLUTIONS INC | SERVICE AGREEMENT | STAFFING AGREEMENT | $0.00 |
| HEALTHGRAM INC | HEALTH BENEFIT PLAN | | $47,405.02 |
| HELP INC CENTER AGAINST VIOLENCE | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| HIGH POINT UNIVERSITY | CERTIFICATE OF LIABILITY INSURANCE | PROOF OF INSURANCE | $0.00 |
| HILLROM CO INC | EQUIPMENT LEASE | POSITIVE AIRWAY PRESSURE BIPAP (3) | $6,452.27 |
| HILLROM CO INC | EQUIPMENT LEASE | VC P500 NSC AIR RENTAL FRAME (2) | See Notice n.1 |
| HOLOGIC INC | MAINTENANCE AGREEMENT | SERVICE | $25,201.28 |
| HOSPITAL PORTAL NET | MAINTENANCE AGREEMENT | PORTAL MAINTENANCE | $3,983.52 |
| HOWARD KEVIN MD | CALL COVERAGE AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $3,600.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| HOWARD KEVIN MD | MEDICAL DIRECTOR AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | See Notice n.1 |
| IATRIC SYSTEMS INC | ADDENDUM TO SOFTWARE PRODUCT MASTER LICENSE AGREEMENT BUSINESS TERMS | LICENSE AGREEMENT | $5,506.51 |
| IATRIC SYSTEMS INC | ADDENDUM TO SOFTWARE PRODUCT MASTER LICENSE AGREEMENT BUSINESS TERMS | LICENSE AGREEMENT - CONTRACT 32255.2 | See Notice n.1 |
| IATRIC SYSTEMS INC | PURCHASE ORDER #126224 | SOFTWARE AGREEMENT | See Notice n.1 |
| IATRIC SYSTEMS INC | SOFTWARE LICENSE/SERVICE AGREEMENT | SOFTWARE LICENSE/SERVICE AGREEMENT | See Notice n.1 |
| IATRIC SYSTEMS INC | SOFTWARE LICENSE/SERVICE AGREEMENT | SOFTWARE LICENSE/SERVICE AGREEMENT | See Notice n.1 |
| IATRIC SYSTEMS INC | SOFTWARE LICENSE/SERVICE AGREEMENT | SOFTWARE LICENSE/SERVICE AGREEMENT | See Notice n.1 |
| IATRIC SYSTEMS INC | SOFTWARE PRODUCT MASTER LICENSE AGREEMENT | LICENSE AGREEMENT | See Notice n.1 |
| IATRIC SYSTEMS INC | SOFTWARE PRODUCT MASTER LICENSE AGREEMENT ADDENDUM | LICENSING | See Notice n.1 |
| IATRIC SYSTEMS INC | SOFTWARE PRODUCT MASTER LICENSE AGREEMENT ADDENDUM | CUSTOM PROGRAMMING - APPLICATIONS - MNO CUSTOM | See Notice n.1 |
| IATRIC SYSTEMS INC | SOFTWARE PRODUCT MASTER LICENSE AGREEMENT ADDENDUM | LICENSE AGREEMENT | See Notice n.1 |
| IATRIC SYSTEMS INC | SOFTWARE PRODUCT MASTER LICENSE AGREEMENT ADDENDUM | LICENSE AGREEMENT | See Notice n.1 |
| IATRIC SYSTEMS INC | SOFTWARE PRODUCT MASTER LICENSE AGREEMENT ADDENDUM | LICENSE AGREEMENT | See Notice n.1 |
| IATRIC SYSTEMS INC | SOFTWARE PRODUCT MASTER LICENSE AGREEMENT ADDENDUM | RE-IMPLEMENTATION OF MEDICAL NECESSITY ORDERMATE (MNO) - MAGIC | See Notice n.1 |
| IATRIC SYSTEMS INC | SOFTWARE PRODUCT MASTER MAINTENANCE AGREEMENT | MAINTENANCE AGREEMENT | See Notice n.1 |
| IATRIC SYSTEMS INC | SOFTWARE PRODUCT MASTER MAINTENANCE AGREEMENT ADDENDUM | MAINTENANCE AGREEMENT | See Notice n.1 |
| INSTRUMENTATION LAB | GEM ANALYZER | GEM ANALYZER & DATA MANAGEMENT | $6,360.16 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---:|
| INTELLIGENT MEDICAL OBJECTS INC | ADMINISTRATIVE SERVICES | LICENSE AGREEMENT | $0.00 |
| INTELLIGENT MEDICAL OBJECTS INC | LICENSE AGREEMENT | LICENSE AGREEMENT | $0.00 |
| IRONSHORE SPECIALTY | INSURANCE POLICY | POLLUTION LIABILITYPOLICY # 001793601 | $0.00 |
| ITAMAR | WATCH PAT AYCE RENTAL AGREEMENT | WATCHPAT KIT & ACCESSORIES | $0.00 |
| IT'S NEVER 2 LATE | LICENSE AGREEMENT | LICENSES | $314.92 |
| ITT TECHNICAL INSTITUTE | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| JAVAID MOHAMMAD MD | FIRST AMENDMENT OF LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| JEFFREY S NICHOLS | SCRUB RENTAL AGREEMENT | SERVICE AGREEMENT | $0.00 |
| JORDANMARK MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| KENT HJERPE MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| KIRK BLUTH MD | PHYSICIAN SERVICES/EMPLOYMENT | EMPLOYMENT AGREEMENT | $0.00 |
| LABORATORY CORP OF AMERICA HOLDINGS | LABORATORY DATA MANAGEMENT TERMS OF USE AGREEMENT | LABORATORY DATA MANAGEMENT | $1,836.72 |
| LIBERTY UNIVERSITY INC | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| MARYVILLE UNIVERSITY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| MAXIM HEALTHCARE SVC INC | FACILITY STAFFING AGREEMENT | STAFFING | $0.00 |
| MCKESSON HEALTH SOLUTIONS LLC | CONTRACT SUPPLEMENT | CONTRACT SUPPLEMENT TO LICENSE AGREEMENT #6111 | $8,781.24 |
| MEDCOST LLC | PARTICIPATING HOSPITAL AGREEMENT | MANAGED CARE | $0.00 |
| MEDICAL INFORMATION TECHNOLOGY INC | HEALTH CARE INFORMATION SYSTEM SOFTWARE AGREEMENT | SOFTWARE AND RELATED SERVICES | $44,162.00 |
| MEDICAL INFORMATION TECHNOLOGY INC | HEALTH CARE INFORMATION SYSTEM SOFTWARE AGREEMENT | SOFTWARE AND RELATED SERVICES | See Notice n.1 |
| MEDICAL INFORMATION TECHNOLOGY INC | SOFTWARE CONTRACT | SOFTWARE AND RELATED SERVICES | See Notice n.1 |
| MEDICAL INFORMATION TECHNOLOGY INC | SOFTWARE LICENSE/SERVICE AGREEMENT | SOFTWARE LICENSE/SERVICE AGREEMENT | See Notice n.1 |
| MEDICAL SOLUTIONS ACADEMY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $57,319.96 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| MEDICAL STAFFING OPTIONS INC | MEDICAL STAFFING OPTIONS STAFFING AGREEMENT | STAFFING | $0.00 |
| MEDISOLV INC | 2014 EDITION MEANINGFUL USE REPORTING AMENDMENT | ADDENDUM TO EXISTING SOFTWARE LICENSE | $12,400.00 |
| MEDISOLV INC | MEDISOLV SOFTWARE LICENSE AGREEMENT | SUPPORT AGREEMENT | See Notice n.1 |
| MEDISOLV INC | MEDISOLV SOFTWARE LICENSE AGREEMENT | SUPPORT AGREEMENT | See Notice n.1 |
| MEDISOLV INC | MEDISOLV SOFTWARE LICENSE AGREEMENT | SUPPORT AGREEMENT | See Notice n.1 |
| MEDPLUS INC | CARDIOLOGY INTERFACE SPECIFICATIONS | EPIPHANY CARDIOLOGY INTERFACE | $0.00 |
| MEDPLUS INC | SERVICE AND SUPPORT TERMS AND CONDITIONS | SERVICE AGREEMENT | $0.00 |
| MEDPLUS INC | SOFTWARE LICENSE/SERVICE AGREEMENT | SOFTWARE LICENSE/SERVICE AGREEMENT | $0.00 |
| MEDPRO | INSURANCE POLICY | PROFESSIONAL / GENERAL LIABILITYPOLICY # HN006509 | $0.00 |
| MEDPRO | INSURANCE POLICY | UMBRELLAPOLICY # EN006509 | $0.00 |
| MICRO FOCUS | LICENSE AGREEMENT | RUMBA SOFTWARE | $0.00 |
| MICROSOFT CORP | MICROSOFT PRODUCTS AND SERVICES AGREEMENT | VOLUME LICENSING | $0.00 |
| MICROSOFT CORP | MICROSOFT PRODUCTS AND SERVICES AGREEMENT | VOLUME LICENSING | $0.00 |
| MICROSOFT CORP | MICROSOFT PRODUCTS AND SERVICES AGREEMENT REGISTRATION | PURCHASING ACCOUNTS | $0.00 |
| MICROSOFT CORP | MICROSOFT PRODUCTS AND SERVICES AGREEMENT REGISTRATION | PURCHASING ACCOUNTS | $0.00 |
| MICROSOFT CORP | PURCHASE REQUISITION | VOLUME LICENSE AGREEMENT | $0.00 |
| MOREHEAD DIGESTIVE HEALTH | REAL PROPERTY LEASE | REAL PROPERTY LEASE | $0.00 |
| MOREHEAD HIGH SCHOOL | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| MOREHEAD NEUROSPINE | REAL PROPERTY LEASE | REAL PROPERTY LEASE | $0.00 |
| MORTENSON RODNEY MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| MOSES CONE HEALTH SYSTEM | PATIENT TRANSFER AGREEMENT | SERVICE AGREEMENT | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| MOUNT EAGLE COLLEGE | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| MOUNTAIN SPRING WATER INC | AGREEMENT | HOT & COLD WATER COOLERS | $22.22 |
| MSDSONLINE | CUSTOMER ORDER FORM | SERVICE AGREEMENT | $0.00 |
| MSDSONLINE | CUSTOMER ORDER FORM | SERVICE AGREEMENT | $0.00 |
| MUTCH GARY DO | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| NC EMERGENCY PHYSICIAN SVC PLLC | AGREEMENT FOR EMERGENCY MEDICAL SERVICES AND MEDICAL DIRECTOR SERVICES | PHYSICIAN EMPLOYMENT AGREEMENT | $29,860.00 |
| NCHEWCF | INSURANCE POLICY | WORKERS' COMPENSATIONPOLICY # NCWCMORE16 | $5,020.74 |
| NEXTGEN HEALTHCARE | MIRTH APPLICANCE RENEWAL 2017 | MIRTH INTERFACE ENGINE | $0.00 |
| NICHOLS HAROLD A DR | MEDICAL DIRECTOR AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $1,600.00 |
| NORTH CAROLINA HEALTH INFORMATION EXCHANGE AUTHORITY (NC HIEA) | MASTER DATA SERVICES PARTICIPATION AGREEMENT | PARTICIPATION AGREEMENT | $0.00 |
| NORTH CAROLINA HEALTH INFORMATION EXCHANGE AUTHORITY (NC HIEA) | NC HEALTH INFORMATION EXCHANGE PARTICIPATION & SUBSCRIPTION AGREEMENT | PARTICIPATION & SUBSCRIPTION AGREEMENT | $0.00 |
| NORTH CAROLINA HOSPITAL ASSOCIATION | SERVICE AGREEMENT | MASTER DATA SERVICES PARTICIPATION AGREEMENT | $0.00 |
| NOVANT HEALTH INC | NOVANT MANAGEMENT SERVICES AGREEMENT | MANAGEMENT SERVICES | $120,821.00 |
| NOVANT MEDICAL GROUP | LEASE AGREEMENT - SMITH MC MICHAEL CANCER CENTER | REAL PROPERTY LEASE | $0.00 |
| NOVANT MEDICAL GROUP INC | ASSET PURCHASE AGREEMENT | PURCHASE AGREEMENT | $0.00 |
| NOVANT MEDICAL GROUP INC | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| NOVANT MEDICAL GROUP INC | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| NOVANT MEDICAL GROUP INC | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| NOVANT MEDICAL GROUP INC | LEASE AGREEMENT - CARDIOLOGY | REAL PROPERTY LEASE | $34,710.00 |
| NOVANT MEDICAL GROUP INC | TERMINATION AGREEMENT | LEASE AGREEMENT | $0.00 |
| NUANCE COMMUNICATIONS INC | EMPLOYEE PRODUCTIVITY SUITE PURCHASE AGREEMENT | PURCHASE AGREEMENT | $0.00 |
| OCCUPATIONAL HEALTH | REAL PROPERTY LEASE | REAL PROPERTY LEASE | $0.00 |
| OMNICELL INC | MASTER AGREEMENT | HPG PURCHASER AGREEMENT | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| OMNICELL INC | SUPPORT SERVICES RENEWAL CONFIRMATION | SERVICES AGREEMENT | $0.00 |
| ORTHOPAEDIC ASSOCIATES | REAL PROPERTY LEASE | REAL PROPERTY LEASE | $0.00 |
| OTOOLE DAVID MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| PARK PLACE INTERNATIONAL | INFRASTRUCTURE SUPPORT PROPOSAL | SERVICES AGREEMENT | $0.00 |
| PARK PLACE INTERNATIONAL | POST-IMPLEMENTATION INFRASTRUCTURE SUPPORT SERVICES | SERVICES AGREEMENT | $0.00 |
| PARSONS JAMES B MD | MEDICAL DIRECTOR AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| PARSONS JAMES MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| PARSONS JAMES MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| PASSPORT HEALTH COMMUNICATIONS INC | PASSPORT MEDITRAK ADDENDUM | CUSTOMER AGREEMENT | $0.00 |
| PATRICK HENRY COMMUNITY COLLEGE | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| PEM FILINGS LLC | RURAL HEALTHCARE AGREEMENT | CONSULTING AGREEMENT | $4,275.68 |
| PERSAUD DENNIS MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| PHILIPS HEALTHCARE | AGREEMENT | BRILLIANCE CT 40 CHANNEL SCANNER | $0.00 |
| PHILIPS HEALTHCARE | EQUIPMENT LEASE | ULTRASOUND EQUIPMENT | $0.00 |
| PHILIPS HEALTHCARE | PHILIPS RIGHTFIT SERVICE AGREEMENT | | $0.00 |
| PHILIPS HEALTHCARE INFORMATICS INC | FIRST AMENDMENT TO THE MASTER AGREEMENT | SERVICES AGREEMENT | $0.00 |
| PHILIPS HEALTHCARE INFORMATICS INC | FIRST AMENDMENT TO THE MASTER AGREEMENT | SERVICES AGREEMENT | $0.00 |
| PHILIPS HEALTHCARE INFORMATICS INC | MASTER AGREEMENT | SERVICES AGREEMENT | $0.00 |
| PHILIPS MEDICAL CAPITAL LLC | EQUIPMENT LEASE | EQUIPMENT LEASE | $5,435.52 |
| PHILIPS MEDICAL CAPITAL LLC | EQUIPMENT LEASE | EQUIPMENT LEASE | See Notice n.1 |
| PHILIPS MEDICAL CAPITAL LLC | EQUIPMENT LEASE | EQUIPMENT LEASE | See Notice n.1 |
| PHILIPS MEDICAL CAPITAL LLC | EQUIPMENT LEASE | EQUIPMENT LEASE | See Notice n.1 |
| PHILIPS MEDICAL CAPITAL LLC | EQUIPMENT LEASE | EQUIPMENT LEASE | See Notice n.1 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| PHILIPS MEDICAL CAPITAL LLC | EQUIPMENT LEASE | EQUIPMENT LEASE | See Notice n.1 |
| PHILIPS MEDICAL CAPITAL LLC | EQUIPMENT LEASE | EQUIPMENT LEASE | See Notice n.1 |
| PIEDMONT COMMUNITY HEALTHCARE ALLIANCE INC | HOSPITAL SERVICE AGREEMENT | MANAGED CARE | $0.00 |
| PIEDMONT SURGICAL | REAL PROPERTY LEASE | REAL PROPERTY LEASE | $0.00 |
| PITNEY BOWES INC (EQUIPMENT RENTAL) | PITNEY BOWES LEASE AGREEMENT | 5 MAILING/POSTAGE PRODUCTS | $0.00 |
| PRIMARY PHYSICIANCARE INC | BUSINESS ASSOCIATE AMENDMENT | SERVICE AGREEMENT | $0.00 |
| PROFESSIONAL FINANCE CO INC | COLLECTION SERVICES AGREEMENT | ACCOUNTS RECEIVABLE COLLECTION | $12,802.32 |
| PUBLIC HEALTH AUTHORITY OF CABARRUS COUNTY | NCTN-H SUBSCRIPTION AGREEMENT | SUBSCRIPTION AGREEMENT | $0.00 |
| PUBLIC HEALTH AUTHORITY OF CABARRUS COUNTY | NORTH CAROLINA TELEHEALTH NETWORK MEMBERSHIP AGREEMENT | MEMBERSHIP AGREEMENT | $0.00 |
| PUBLIC HEALTH AUTHORITY OF CABARRUS COUNTY | NORTH CAROLINA TELEHEALTH NETWORK SUBSCRIPTION AGREEMENT | SUBSCRIPTION AGREEMENT | $0.00 |
| QUALITY SVC INC | BUSINESS ASSOCIATE AGREEMENT FOR NEXTGEN HEALTHCARE | | $0.00 |
| QUANTROS INC | AMENDMENT TO ENTERPRISE LICENSING AGREEMENT AND APPLICATION HOSTING, SUPPORT AND MAINTENANCE SERVICES AGREEMENT | LICENSING AGREEMENT | $0.00 |
| QUANTROS INC | RENEWAL ADDENDUM TO SOFTWARE APPLICATIONS LICENSING AND SERVICES AGREEMENT | LICENSING AND SERVICE AGREEMENT | $0.00 |
| RCG- EDEN LLC | ASSIGNMENT AND ASSUMPTION AGREEMENT | ASSIGNMENT AGREEMENT | $0.00 |
| RCG EDEN LLC A GEORGIA LTD LIABILITY CO | ASSIGNMENT AND ASSUMPTION AGREEMENT | ASSIGNMENT AGREEMENT | $0.00 |
| RCG EDEN LLC A GEORGIA LTD LIABILITY CO | FIRST AMENDMENT OF LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| RCG EDEN LLC A GEORGIA LTD LIABILITY CO | LETTER OF LANDLORD RE: CHANGES TO MONTHLY CAM, TAX | LEASE AGREEMENT | $0.00 |
| RCGEDEN LLC | ASSIGNMENT AND ASSUMPTION AGREEMENT | ASSIGNMENT AND ASSUMPTION AGREEMENT | $0.00 |
| RCGEDEN LLC | TENANT ESTOPPEL CERTIFICATE | LEASE AGREEMENT | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| RELUS TECHNOLOGIES | USER AGREEMENT | EMC NS20, EMC CX300 & HP BLADE CTR MAINT | $0.00 |
| RITCH ERIKMD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| ROCKINGHAM COMMUNITY COLLEGE | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| ROCKINGHAM COUNTY AIRPORT AUTHORITY | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| ROCKINGHAM COUNTY AIRPORT AUTHORITY | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| ROCKINGHAM COUNTY HEALTH ALLIANCE | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| ROCKINGHAM COUNTY HEALTH ALLIANCE | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| ROCKINGHAM COUNTY HEALTHCARE ALLIANCE | FREE CLINIC LEASE | REAL PROPERTY LEASE | $0.00 |
| ROCKINGHAM COUNTY SCHOOLS | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| ROCKINGHAM EYE ASSOCIATES PA | FIRST AMENDMENT OF LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| ROCKINGHAM EYE ASSOCIATES PA | FIRST AMENDMENT TO LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| ROCKINGHAM MEDICAL AND KIDNEY CARE PLLC | FIRST AMENDMENT OF LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| ROCKINGHAM MEDICAL AND KIDNEY CARE PLLC | FIRST AMENDMENT TO LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| ROMA REALTY LLC | LEASE FOR MOREHEAD URGENT CARE WEST | REAL PROPERTY LEASE | $0.00 |
| RONBIN ANDREE MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| ROY MARKMD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| SAMFORD UNIVERSITY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| SASSER PAUL MD | CALL COVERAGE AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $2,000.00 |
| SAVASENIORCARE ADMIN SVC LLC | TRANSFER SERVICE AGREEMENT | SERVICE AGREEMENT | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| SCHA SOLUTIONS INC | APPLICATION FOR APPROVED VENDOR STATUS & SUPPLEMENTAL STAFFING AGREEMENT | STAFFING | $0.00 |
| SDI USA INC | MAINTENANCE AGREEMENT | TN3270 PLUS SOFTWARE MAINTENANCE | $0.00 |
| SECRETARY OF HOUSING AND URBAN DEVELOPMENT | REGULATORY AGREEMENT | REGULATION | $0.00 |
| SHENANDOAH UNIVERSITY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| SHI | LICENSE AGREEMENT | WINDOW VDI LICENSE | $0.00 |
| SHI | LICENSE AGREEMENT | GFI LANGUARD | $0.00 |
| SIEMENS MEDICAL SOLUTIONS | SERVICE AGREEMENT | MRI | $21,850.48 |
| SIRIUS COMPUTER SOLUTIONS | LICENSE AGREEMENT | VMWARE | $0.00 |
| SOFTWAREONE | PURCHASE ORDER #151687 | SALES AGREEMENT | $0.00 |
| SOLARWINDS | LICENSE AGREEMENT | SOLARWINDS VIRTUALIZATION MANAGER | $0.00 |
| SOLARWINDS | LICENSE AGREEMENT | SOLARWINDS NETWORK PERFORMANCE MONITOR | $0.00 |
| SOLARWINDS | LICENSE AGREEMENT | KIWI CAT TOOLS | $0.00 |
| SOLARWINDS | LICENSE AGREEMENT | LOG AND EVENT MANAGER | $0.00 |
| SOURCEONE HEALTHCARE TECHNOLOGIES INC | EQUIPMENT LEASE | EQUIPMENT LEASE | $0.00 |
| SOUTH UNIVERSITY OF NORTH CAROLINA LLC | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| SPECTRACORP TECHNOLOGIES GROUP INC | GRANT CONSULTING AGREEMENT | CONSULTING AGREEMENT | $4,275.68 |
| SPRAY COTTON MILLS LLC | LEASE FOR STORAGE FACILITY | REAL PROPERTY LEASE | $300.00 |
| STERICYCLE INC | MASTER REGULATED MEDICAL WASTE SERVICE AGREEMENT | MEDICAL WASTE SERVICE AGREEMENT | $0.00 |
| STERILMED INC | AGREEMENT TO SUPPLY COMPRESSION GARMENTS & PUMPS | PURCHASE AGREEMENT | $3,518.83 |
| STRINGFIELD BARRY MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| STRYKER SALES CORP | EQUIPMENT LEASE | EQUIPMENT LEASE | $9,382.04 |
| SUMMIT HEALTHCARE SVC INC | SOFTWARE CONTRACT | SERVICE AGREEMENT | $1,440.00 |
| SUMMIT HEALTHCARE SVC INC | SOFTWARE CONTRACT | LICENSING AGREEMENT | See Notice n.1 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| SURRY COMMUNITY COLLEGE | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| SYSTEL BUSINESS EQUIPMENT | EQUIPMENT LEASE | EQUIPMENT LEASE | $0.00 |
| SYSTEL BUSINESS EQUIPMENT | EQUIPMENT LEASE | EQUIPMENT LEASE | $0.00 |
| SYSTEL BUSINESS EQUIPMENT | EQUIPMENT LEASE | EQUIPMENT LEASE | $0.00 |
| SYSTEL BUSINESS EQUIPMENT | EQUIPMENT LEASE | EQUIPMENT LEASE | $0.00 |
| TERRY DANIEL MD | CALL COVERAGE AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| TERRY DANIEL MD | MEDICAL DIRECTOR AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| THE ADVISORY BOARD CO | BUSINESS ASSOCIATE AGREEMENT | SERVICE AGREEMENT | $0.00 |
| THE ADVISORY BOARD CO | STATEMENT OF WORK FOR CRIMSON CONTINUUM OF CARE | SERVICE ORDER | $0.00 |
| THE ADVISORY BOARD CO | STATEMENT OF WORK FOR CRIMSON CONTINUUM OF CARE | SERVICE ORDER | $0.00 |
| THE BRAND BANKING CO | TENANT ESTOPPEL CERTIFICATE | LEASE AGREEMENT | $0.00 |
| THE FIRST LIBERTY INS CORP | INSURANCE POLICY | AUTOMOBILE LIABILITYPOLICY # AS6-Z51-291211-016 | $0.00 |
| THE MOSES H CONE MEMORIAL HOSPITAL OPERATING CORP | TRANSFER AGREEMENT | SERVICE AGREEMENT | $0.00 |
| THE ULTIMATE SOFTWARE GROUP INC | SAAS MODEL AGREEMENT | SERVICE AGREEMENT | $0.00 |
| THE UNIVERSITY OF NORTH CAROLINA | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| THE UNIVERSITY OF NORTH CAROLINA GREENSBORO | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| THE UNIVERSITY OF NORTH CAROLINA HOSPITALS | TRANSFER AGREEMENT | SERVICE AGREEMENT | $0.00 |
| TIME WARNER CABLE | BUSINESS CLASS CUSTOMER SERVICE ORDER | SERVICE AGREEMENT | $0.00 |
| TIME WARNER CABLE | BUSINESS CLASS CUSTOMER SERVICE ORDER | ORDER #3786708 | $0.00 |
| TRAVELERS CASUALTY AND SURETY CO | INSURANCE POLICY | DIRECTORS & OFFICERS LIABILITYPOLICY # 106599543 | $0.00 |
| TRAVELERS CASUALTY AND SURETY CO | INSURANCE POLICY | CRIME - WRAPPOLICY # 105685779 | $0.00 |
| TRAVELERS CASUALTY AND SURETY CO | INSURANCE POLICY | PATIENT FUND BONDPOLICY # 103119113 | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| TREND MICRO INC | TREND MICRO LICENSE CERTIFICATE | PURCHASE AGREEMENT | $0.00 |
| TRIBRIDGE HOLDING LLC | TRIBRIDGE MASTER SERVICES AGREEMENT | SERVICE AGREEMENT | $0.00 |
| TRUVEN HEALTH ANALYTICS INC | NCHESS - IMC HOSPITAL PARTICIPATION AGREEMENT | PARTICIPATION AGREEMENT | $2,851.23 |
| TRUVEN HEALTH ANALYTICS INC | NORTH CAROLINA DATA SERVICES AGREEMENT | SERVICES | See Notice n.1 |
| UNIMERICA INSURANCE CO | INSURANCE POLICY | SELF-INSURANCE STOP / LOSS INSURANCEPOLICY # UNI-201877 | $0.00 |
| UNITED HEALTHCARE INSURANCE CO AND UNITED HEALTHCARE OF NORTH CAROLINA INC | FACILITY SERVICES AGREEMENT | MANAGED CARE | $0.00 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| UNIVERSITY OF NORTH CAROLINA AT GREENSBORO | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| UPTODATE INC | ADDENDUM TO CONTRACT | SUBSCRIPTION AGREEMENT | $0.00 |
| UPTODATE INC | SUBSCRIPTION AND LICENSE TERMS | SUBSCRIPTION ^& LICENSE AGREEMENT | $0.00 |
| VENDORMATE INC | VENDORMATE VISION TM SERVICES AGREEMENT | SERVICE AGREEMENT | $0.00 |
| VIRGINIA COLLEGE | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| VMWARE AIRWATCH | LICENSE AGREEMENT | DEVICE MANAGEMENT | $0.00 |
| VMWARE AIRWATCH | LICENSE AGREEMENT | AIRWAY CLOUD AND SOFTWARE | $0.00 |
| VZW- RE/MAYODAN LLC | LEASE AGREEMENT | LEASE AGREEMENT | $0.00 |
| WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER | AGREEMENT FOR THE TRANSFER OF NEUROLOGICAL PATIENTS | SERVICE AGREEMENT | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---:|
| WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER | PATIENT TRANSFER AGREEMENT | SERVICE AGREEMENT | $0.00 |
| WASTE MANAGEMENT | HAZARDOUST WASTE SERVICE AGREEMENT | 34 YD COMPACTOR LEASE - INCLUDED IN MONTHLY INVOICE | $234.25 |
| WELLPATH SELECT INC | PARTICIPATING HOSPITAL AGREEMENT | MANAGED CARE | $0.00 |
| WELLS FARGO | MERCHANT EQUIPMENT & PROCESSING AGREEMENT | (3) CREDIT CARD POS MACHINES - NURSING HOME, GIFT SHOP AND WRIGHT CENTER | $0.00 |
| WESTERN CAROLINA UNIVERSITY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| WILLIAM MCLEOD MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| WILSONEWAIN MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | $0.00 |
| WINSTON-SALEM STATE UNIVERSITY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| WINSTON-SALEM STATE UNIVERSITY | CLINICAL EDUCATION AFFILIATION AGREEMENT | CLINICAL INTERNSHIP | $0.00 |
| WOLTERS KLUWER HEALTH | STEDMAN'S PLUS - 2015 MEDITECH LICENSE AGREEMENT | SOFTWARE PROGRAM LICENSE | $0.00 |
| ZIMMER US INC | PRODUCT PURCHASE AGREEMENT | PURCHASE AGREEMENT | $21,831.14 |
| ZOHO CORP | LICENSE AGREEMENT | AD MANAGER SOFTWARE | $0.00 |
| ZOHO CORP | LICENSE AGREEMENT | HELP DESK SOFTWARE | $0.00 |