**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-10775 |
| MOREHEAD MEMORIAL HOSPITAL, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**AMENDED NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES SUBJECT TO POSSIBLE ASSUMPTION AND ASSIGNMENT AND PROPOSED CURE AMOUNTS**

**PLEASE TAKE NOTICE** that on September 19, 2017, the United States Bankruptcy Court for the Middle District of North Carolina, Greensboro Division, entered an Order (A) Establishing Bid Procedures Related to the Sale of the Debtor's Assets, (B) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, and (D) Granting Related Relief (the "Bid Procedures Order") [Dkt. No. 220]. The Bid Procedures Order, among other things, requires the Debtor to file and serve a notice (the "Cure Notice") of proposed cure amounts (the "Cure Amounts") for all executory contracts and unexpired leases subject to potential assumption and/or assignment (the "Potentially Assumed Executory Contracts") to the successful bidder(s) to be identified at the conclusion of the auction of the Debtor's assets. On October 3, 2017, the Debtor filed the Cure Notice [Dkt. No. 245] stating that any objection to the Cure Amounts or the assumption and assignment of a Potentially Assumed Executory Contract must be filed with the Bankruptcy Court and served on the undersigned counsel on or before November 2, 2017 (the "Initial Cure Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that this Amended Notice of Executory

1

Contracts and Unexpired Leases Subject to Possible Assumption and Assignment and Proposed Cure Amounts (the "**Amended Cure Notice**") hereby replaces for all purposes the Cure Notice filed on October 3, 2017, and the Initial Cure Objection Deadline has been extended to November 10, 2017.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit A** attached hereto includes the list of all Potentially Assumed Executory Contracts that may be included as part of the sale(s) and the proposed Cure Amount for each Potentially Assumed Executory Contract.

**PLEASE TAKE FURTHER NOTICE** that, as stated above, any objection to the Cure Amount or the assumption and assignment of a Potentially Assumed Executory Contract included as part of Exhibit A attached hereto must be filed with the Bankruptcy Court and served on the undersigned counsel on or before **November 10, 2017**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bid Procedures Order, any objection to the Cure Amount must state with specificity what cure the party to the Potentially Assumed Executory Contract believes is required with appropriate documentation in support thereof. If no objection is timely received, the Cure Amount set forth in the Cure Notice shall be controlling notwithstanding anything to the contrary in any Potentially Assumed Executory Contract or other document as of the date of the Cure Notice; the non-debtor party to the Potentially Assumed Executory Contract shall be deemed to have stipulated that the Cure Amount set forth in the Cure Notice is correct; the non-debtor party shall be forever barred, estopped and enjoined from asserting or claiming that any additional amounts are due or other defaults exist, that conditions to assignment must be satisfied under such Potentially Assumed Executory Contract or that there is any objection or defense to the assumption and assignment of such Potentially Assumed Executory Contract, including any argument that there exist conditions

to assumption and assignment that must be satisfied under such Potentially Assumed Executory Contract or that any required consent to assignment has not been given.

**PLEASE TAKE FURTHER NOTICE** that the inclusion of any contracts or leases on **Exhibit A** hereto shall not constitute or be deemed to be a determination or admission by the Debtor that such document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code (all rights with respect thereto being expressly reserved).

Respectfully submitted, this the 27th day of October, 2017.

        **WALDREP LLP**

        /s/ *Thomas W. Waldrep, Jr.*
        Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
        Jennifer B. Lyday (NC Bar No. 39871)
        Francisco T. Morales (NC Bar No. 43079)
        101 S. Stratford Road, Suite 210
        Winston-Salem, NC 27104
        Telephone: 336-717-1440
        Telefax: 336-717-1340
        Email: notice@waldrepllp.com

        *Attorneys for the Debtor*

# EXHIBIT A

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| 340 B Prime Vendor | 340b Prime Vendor Program Enrollment | Participation Agreement | $0.00 |
| 3m Health Information Systems | Software License And Services Agreement | License Fee For Use Of 3m Coding Products; Medical Necessity & Chargemaster | $0.00 |
| Ac Corporation | Service Agreement | Preventive Maintenance And Service Agreement - Ct Scan | $397.11 |
| Ac Corporation | Service Agreement | Preventive Maintenance And Service Agreement - Mri | $409.92 |
| Accelerated Care Plus / Acp | Equipment Lease | Omnicycle Portable Printer Lease - Nursing Home | $756.00 |
| Accelerated Claims Inc | Service Agreement | Motor Vehicle Accident (Mva) Collection Services | $13,928.20 |
| Accountable Healthcare Staffing | | | $42,306.75 |
| Adams,Douglas H. M.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Adex Medical Staffing Llc | | | $10,750.25 |
| Advanced Home Care | Skilled Nursing Facility Agreement | Enteral Formula And Related Supplies, Durable Medical Equipment, Respiratory Equipment And Related Supplies | $14,045.83 |
| Aetna Health Inc. | Hospital Services Agreement | Hospital Services Agreement | $0.00 |
| Aetna Life Insurance Company | Physician Hospital Organization Agreement | Life Insurance | $0.00 |
| Agfa Healthcare | Service/Maintenance Agreement | Cardiopulmonary Equipment | $0.00 |
| Aig Specialty Insurance Co | Insurance Policy | Cyber Liabilitypolicy # 018809177 | $0.00 |
| Airgas Usa Llc | | | $38,915.74 |
| Alamance Community College | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Aldrete Score, Inc. | License Agreement | Anesthesiology Post Op Scoring | $0.00 |
| Amedistaf Llc Dba The Right Solutio | | | $39,045.50 |
| American College Of Surgeons | Registry | Data Use Agreement | $0.00 |
| American Express | | | $428,530.58 |
| American Healthtech | Software License Agreement | License Certain Aht Programs | $1,874.74 |
| American Heart Association | Community Training Site Agreement | Als And Bls Courses | $0.00 |
| American Medical Association | | 2017 Cpt License Amendment | $0.00 |
| American National College | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| American Red Cross Blood Ctr | | | $27,879.00 |
| Amerigroup Virginia, Inc. | Participating Provider Agreement | Managed Care | $0.00 |
| Amn Healthcare Inc | Healthcare Staffing Agreement | Healthcare Staffing Agreement | $19,825.00 |
| Anwar, Muhammad M.D. | Physician Employment Agreement | Employment Agreement | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Api Software, Inc. | Api Software License And Equipment And Services Purchase Agreement | License Agreement | $0.00 |
| Appalachian State - College Of Health Sciences | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Aramark Healthcare Technologies | Management Services Agreement | Management Services Agreement | $327,629.05 |
| Arin | Operating License | Internet Ip Number Registry | $0.00 |
| Arthrex Inc | | | $22,253.00 |
| Arthur Gallagher Mcneary Healthcare | Client Service Agreement | Client Service Agreement | $41,762.20 |
| Astro-Med, Inc. - Grass Technologies | Service Agreement | Sleep Lab Equipment | $0.00 |
| Averett University | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Background Investigation Bureau | B.I.B Service Agreement | Background Investigation Services | $823.25 |
| Bauer, Brad M.D. | Physician Employment Agreement | Employment Agreement | $0.00 |
| Baxter Healthcare Corporation | Equipment Lease | Equipment Lease (Pumps) | $53,000.00 |
| Bci-Brentwood Communications Inc | | Advertising/ Website Development | $8,656.13 |
| Beckman Coulter, Inc | Equipment Lease | Equipment Lease | $0.00 |
| Benson, Chris M.D. | Physician Services/Employment | Employment Agreement | $0.00 |
| Berkadia Commercial Mortgage Llc | Deed Of Trust And Assignment Of Rents, Profits And Income | Mortgage | $0.00 |
| Berkadia Commercial Mortgage Llc | Newbridge Bank - Control Agreement For Deposit Account | Additional Collateral For Recorded Mortgage | $0.00 |
| Berkadia Commercial Mortgage Llc | Home Trust Bank - Control Agreement For Deposit Account | Additional Collateral For Recorded Mortgage | $0.00 |
| Berkadia Commercial Mortgage Llc | Wells Fargo Bank Na - Control Agreement For Deposit Account | Additional Collateral For Recorded Mortgage | $0.00 |
| Berkadia Commercial Mortgage Llc | First Citizens Bank & Trust - Control Agreement For Deposit Account | Additional Collateral For Recorded Mortgage | $0.00 |
| Bio-Tech Prosthetics And Orthotics | | | $41,488.92 |
| Bit9 | License Agreement | It Security Platform | $0.00 |
| Blackmon Service Inc | Maintenance Agreement | Hvac Maintenance | $0.00 |
| Blue Cross Blue Shield (Bcbs) | | | $0.00 |
| Blue Elm Company Llc | Drauditor Software License & Maintenance Agreement | Software License | $0.00 |
| Bluehealth Technology | Business Associate Agreement | Service Agreement | $0.00 |
| Bmp Business Machine Products Inc | Print Management Agreement | Print Management Services | $15,223.81 |
| Boston Scientific Microvasive Div | | Pricing Agreement | $10,147.06 |
| Bradley, Candace D.O. | Physician Employment Agreement | Employment Agreement | $0.00 |
| Brookstone College Of Business | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Buist, Nigel M.D. | Physician Services/Employment | Employment Agreement | $0.00 |
| Butler, Cynthia M.D. | Physician Services/Employment | Employment Agreement | $0.00 |
| Campbell University, Incorporated | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Canopy Partners Inc | | | $31,418.52 |
| Carbon Black, Inc. | Change Order For Carbon Black, Inc. Professional Services | Service Agreement | $0.00 |
| Cardinal Health | | | $271,984.30 |
| Cardinal Health 200, Inc | Equipment Lease | Equipment Lease | $0.00 |
| Cardinal Health Phar Remote Order E | Pharmacy Services Agreement | Remote Pharmacy Services | $33,300.00 |
| Cardinal Health-Nuclear Pharmacy | | | $29,235.17 |
| Cardinal Innovations | Procurement Contract For Provision Of Services | Provide Medically Necessary Mental Health, Vevelopmental Disability, And/Or Substance Abuse Services | $0.00 |
| Care Channel | License Agreement | Patient Tv | $0.00 |
| Care N' Care Insurance Company Of North Carolina, Inc | Group Physician Services Agreement | | $0.00 |
| Carolina Donor Services | Memorandum Of Understanding For Organ And Tissue/Eye Donation | Organ Procurement | $0.00 |
| Carolina Speech Pathology, Inc. | F.E.E.S. Service Agreement | Service Agreement | $2,370.00 |
| Case, Steven M.D. | Physician Services/Employment | Employment Agreement | $0.00 |
| Castle Systems | Operating License | Off Site San Replication For Meditech | $0.00 |
| Castle Systems | Operating License | Osdr Central Disaster Recovery | $0.00 |
| Catamaran / Catalyst Rx | Pharmacy Benefit Management Services Agreement | Plan Administration Of Drug Portion Of Self Insured Health Plan | $0.00 |
| Cathey, Lamont M.D. | Physician Services/Employment | Employment Agreement | $0.00 |
| Cdw Government | License Agreement | Hp 1 Y Abs Dds Prem | $11,724.00 |
| Central Telephone Company | Service & Equipment Agreement | Service Agreement | $0.00 |
| Centurion Medical Products | | | $29,517.98 |
| Centurylink Sales Solutions, Inc. | Centurylink Custom Cover Agreement | Service Agreement | $28,855.00 |
| Certicode Llc | Cancer Registry Program Agreement | Provide Tumor Registry Service And Consulting For Coc Surgery | $33,138.82 |
| Chan M. Park, M.D. Family Practiice | Lease Agreement | Lease Agreement | $0.00 |
| Chemgard | Contract | Water Treatment Chemicals, Services And/Or Equipment | $1,143.82 |
| Chicago Title Insurance Company | Deed Of Trust And Assignment Of Rents, Profits And Income | | $0.00 |
| Cigna Healthcare Of North Carolina, Inc. | Hospital Managed Care Agreement | Managed Care | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Cimro | 2015 Agreement For Review Services | External Peer Review As Needed | $0.00 |
| Ciox Health / Healthport | Services Agreement | Release Of Information | $55.71 |
| City Of Eden | | | $83,218.32 |
| Claro Group | License Agreement For Cdr2 Software | Software Usage / License | $10,000.00 |
| Cliftonlarsonallen | Audit Engagement | Engagement Letter | $0.00 |
| Clinical Diagnostic Solutions | Service Support Agreement | Service Agreement - Billed To Aramark | |
| Cloudwave (Park Place) | Maintenance Agreement | Meditech Hardware Maintenance | $0.00 |
| Cloudwave (Park Place) | Maintenance Agreement | Meditech Infrastructure Maintenance | $0.00 |
| Cnp Technologies Llc | Maintenance Agreement | Shoretel Maintenance For Hardware & Software | $0.00 |
| Communication Services For The Deaf And Hard Of Hearing | Sign Language Interpreting Policies And Rates | Interpretation Services | $172.00 |
| Compass Study | Institutional Review Board Authorization Agreement For Individual Protocol | Stroke Research Group | $0.00 |
| Cook Medical Inc | | | $13,641.49 |
| Covidien Sales Llc | Purchase Pricing Agreement | Purchase Agreement | $62,150.00 |
| Covisint | License Agreement | Providerlink Subscription | $7,824.00 |
| Craneware | Craneware License And Service Agreement | Audit And Denial Tracking Software | $0.00 |
| Craneware | License Agreement | Revenue Cycle Software | $0.00 |
| Cross Country Staffing | | | $143,602.67 |
| Crothall | Master Service Agreement | Master Service Agreement | $287,049.42 |
| Daniel, Terry M.D. | First Amendment To Letter Agreement | Physician Employment Agreement | $0.00 |
| Danville Regional Medical Center School Of Health Professions | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Danville Regional Medical Center, Llc | Patient Transfer Agreement | Service Agreement | $0.00 |
| Database Solutions Inc | Accureg Software License And Service Agreement | License To Use Accureg System | $23,203.20 |
| David Tapper, M.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Davita Total Renal Care Of Nc | First Amendment To Acute Services Agreement | Acute Services Agreement | $16,065.45 |
| Dayspring Family Medicine Associates Pllc | Lease Agreement | Lease Agreement | $0.00 |
| Dell Emc | Maintenance Agreement | Emc Vnx5300 Maintenance | $0.00 |
| Dell Software | License Agreement | Appassure - Rapid Recovery | $0.00 |
| Demason, Marc M.D. | Physician Employment Agreement | Employment Agreement | $0.00 |
| Depuy Synthes | | | $21,279.65 |
| Dicon (Duke Infection Control Outreach Network) | Infection Control Consultative Services | Infection Control Consultation | $0.00 |
| Dionne Galloway, M.D. | Employment Agreement | Physician Employment Agreement | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Direct Energy Business Marketing, Llc | | Gas Transaction - Fuel Utilities | $23,410.40 |
| Djo | Service Agreement | Dme Supplier Ortho Office | $0.00 |
| Dnv Gl Healthcare Usa Inc | Management System Certification/Accreditation Agreement | Accreditation Services | $13,617.74 |
| Dr. Bauer / Morehead Urology | Real Property Lease | Real Property Lease | $0.00 |
| Dr. O'toole / Morehead Pain Mgmt | Real Property Lease | Real Property Lease | $0.00 |
| Drfirst Epcs License | Service Agreement | Elec Prescription Id Mgmt | $0.00 |
| Drfirst.Com, Inc. | Master Agreement | Service Agreement | $0.00 |
| Duke Energy | Electric Service Agreement | Electric Service Agreement | $0.00 |
| Duke University Health System, Inc. | Transfer Agreement | Service Agreement | $0.00 |
| Duke University, Department Of Community And Family Medicine, Physician Assistant Program | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Duke University, School Of Nursing | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| E Clinical Works Llc | Software License And Support Subscription Agreement | License Agreement | $23,654.95 |
| East Carolina University | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Eastern Microfilm Imaging (Emi) | Storage For Matthews Health Center And Piedmont Surgical | Storage For Patient Records | $954.61 |
| Eaton Corporation | Maintenance Agreement | Ups Maintenance | $4,593.00 |
| Ecolab Food Safety Specialties | | | $19,136.10 |
| Ecpi University (Online) | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Ecpi/ Medical Careers Institute | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Ecu Telepsychology | Service Agreement | Provide Telehealth Services | $0.00 |
| Edgecombe Community College | Clinical Education Agreement | Provision Of Clinical Site For Him Students | $0.00 |
| Elekta | Purchase And License Agreement | Maintenance And Service For Linear Accelerator And Mosaiq Emr | $127,115.00 |
| Elon University School Of Health Sciences | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Emdeon | License Agreement | Practices It Support | $0.00 |
| Enterprise Medical Svc | | | $20,000.00 |
| Envoy Llc | Emdeon Provider Complete Customer Agreement | Service Agreement | $0.00 |
| Experian /Passport Health Commu | Customer Agreement | Vpn Connection To Medicare Shared System | $22,983.28 |
| Family Practice Of Eden | Real Property Lease | Real Property Lease | $0.00 |
| Fanta, Tesfaye D. M.D. | Lease Agreement | Lease Agreement | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Fast Chart, Inc. | Fast Chart, Inc. Transcription Services Agreement | Back-Up Transcription Services | $0.00 |
| Fireman's Fund Insurance Company | Insurance Policy | Property Damagepolicy # Dzj80973299 | $0.00 |
| First-Citizens Bank & Trust Company | Deed Of Trust And Assignment Of Rents, Note Modification Agreement | Mortgage | $0.00 |
| Firstpoint Resources Inc | Full Collection Agreement | Collections Services | $16,324.86 |
| Forsyth Memorial Hospital | Patient Transfer Agreement | Service Agreement | $0.00 |
| Forsyth Technical Community College, Health Technology Division | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Fortified Health Solutions | Proposed Agreement And Service Definition | Information Technology Security And Compliance Services | $20,447.00 |
| Forward Advantage | License Agreement | Medtech Fax Server | $0.00 |
| Frontier Nursing University | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Ge Healthcare | License Agreement | Review License, Postpartum License, Backup Servers, Ccg Engine | $13,928.00 |
| Gfi Software | Price Quote | Gfi Languard Subscription Renewal | $0.00 |
| Graham Personnel Services, Inc. | | Temporary Staffing | $0.00 |
| Granite Falls Ltc | Transfer Agreement | Service Agreement | $0.00 |
| Greensboro Radiology | Radiology Services Agreement | Radiology Professional Services | $3,618.53 |
| Greensboro Specialty Surgery Center, Llc | Patient Transfer Agreement | Service Agreement | $0.00 |
| Handcraft Linen | Service Agreement | Scrub Rental | $4,313.00 |
| Hasanaj, Xaje M.D. | First Amendment Of Medical Director Agreement | Physician Employment Agreement | $0.00 |
| Health Information Associates, Inc. | Services Agreement | Coding Services | $6,590.00 |
| Health Value Management, Inc. D/B/A Choicecare Network | Hospital Participation Agreement | Managed Care | $0.00 |
| Healthcare Receivables Group | Agreement | Agreement | $36,986.00 |
| Healthcare Staffing Services | Application For Approved Vendor Status & Supplemental Staffing Agreement | Agency Staffing | $0.00 |
| Healthcaresource Hr | | Netlearning Software License Agreement And Maintenance & Support Agreement | $1,495.00 |
| Healthgram, Inc. | Health Benefit Plan | | $0.00 |
| Help Incorporated Center Against Violence | Lease Agreement | Lease Agreement | $0.00 |
| High Point University | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Hill-Rom Company, Inc. | Equipment Lease | Positive Airway Pressure Bipap (3) | $0.00 |
| Hill-Rom Company, Inc. | Equipment Lease | Vc P500 Nsc Air Rental Frame (2) | $0.00 |
| Hologic Cytyc Surgical Limited | Service Agreement | Service Agreement And Software License | $18,910.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Hospice Of Rockingham County, Inc. | Hospice Home Care Agreement For Services To Nursing Home Residents | Provide Hospice Care To Ltc Residents | $0.00 |
| Hospital Portal Net | Maintenance Agreement | Portal Maintenance | $518.00 |
| Howard, Kevin M.D. | Call Coverage Agreement | Physician Employment Agreement | $0.00 |
| Hygia Health Services | Service Agreement | Or Refurbishing | $4,464.00 |
| Iatric Systems, Inc. | Addendum To Software Product Master License Agreement Business Terms | License Agreement | $5,507.00 |
| Imo Intelligent Medical Objects | Service Agreement | Md Id Of I-10 Codes | $4,600.00 |
| Instrumentation Laboratory | Gem Proposal | | $0.00 |
| Intellisuite | Service Agreement | Enterprise Web Portal System | $0.00 |
| Iron Mountain | Service Agreement | Storage & Shred Service | $1,279.00 |
| Ironshore Specialty | Insurance Policy | Pollution Liabilitypolicy # 001793601 | $0.00 |
| Itamar | Watch Pat Ayce Rental Agreement | Watchpat Kit & Accessories | $0.00 |
| It's Never 2 Late | License Agreement | Licenses | $315.00 |
| Itt Technical Institute, Breckenridge School Of Nursing | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Jacobs Adams Lawn Care | Service Agreement | Service Agreement | $1,012.50 |
| Javaid, Mohammad M.D. | First Amendment Of Lease Agreement | Lease Agreement | $0.00 |
| Jeffrey S. Nichols | Scrub Rental Agreement | Service Agreement | $0.00 |
| Jfs Consulting Inc | Letter Of Agreement | Insurance Negotiation Services | $18,614.82 |
| Jordan, Mark M.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Karl Storz | Service/Maintenance Agreement | Endoscopy | $7,183.00 |
| Kent Hjerpe, M.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Kepro | | Quality Review | $0.00 |
| Kirk Bluth, M.D. | Physician Services/Employment | Employment Agreement | $0.00 |
| Laboratory Corporation Of America Holdings | Technical Support Agreement | Operate And Manage The Lab | $187,580.00 |
| Lamar Advertising Company | Contract | Contract | $1,373.96 |
| Legacy Healthcare Svc Inc | Contract For Therapy Services | Service Agreement | $604,119.60 |
| Liberty University, Inc., Department Of Nursing | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Lifebalance Eap, Llc | Contract For Professional Services | Employee Assistance Program | $217.50 |
| Lrs Healthcare | | | $31,357.00 |
| M Modal Svc Ltd (Was Landmark Transcription) | Proposal To Provide Medical Transcription | Business Associate Agreement | $23,051.16 |
| Macro Helix | | 340b Services | $0.00 |
| Maryville University | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Maxim Healthcare Services, Inc. | Facility Staffing Agreement | Staffing | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Mckesson Health Solutions Llc | Contract Supplement | Contract Supplement To License Agreement #6111 | $59,415.00 |
| Medassist Firstsource Solutions | Master Service Agreement | Accounts Receivable Services | $124,782.64 |
| Medcost, Llc | Participating Hospital Agreement | Managed Care | $0.00 |
| Medela | Service Agreement | Pump Rental | $567.00 |
| Medestar Travelers Llc | | | $26,617.25 |
| Medicaid - Dhhs | Participating Hospital Agreement | Participation Agreement | $0.00 |
| Medical Information Technology, Inc. (Meditech) | Software Contract | Software And Related Services | $51,285.00 |
| Medical Solutions Academy For Its Phlebotomy Program | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Medical Staffing Options, Inc. | Medical Staffing Options Staffing Agreement | Staffing | $0.00 |
| Medicare-Cms | Participating Hospital Agreement | Participation Agreement | $0.00 |
| Medisolv, Inc. | Medisolv Software License Agreement | Support Agreement | $12,400.00 |
| Medline Industries | | | $53,617.04 |
| Medplus / Chartmaxx | Service And Support Terms And Conditions Chartmaxx Electronic Patient Record System | Maintenance, Enhancement And Support For Chartmaxx Software | $0.00 |
| Medplus Inc. | Cardiology Interface Specifications | Epiphany Cardiology Interface | $0.00 |
| Medplus Inc. | Software License/Service Agreement | Software License/Service Agreement | $0.00 |
| Medplus, Inc. | Service And Support Terms And Conditions | Service Agreement | $0.00 |
| Medpro | Insurance Policy | Professional / General Liabilitypolicy # Hn006509 | $100,000.00 |
| Medtronic Sd Usa Inc | | | $18,364.52 |
| Medtronic Usa Inc | | | $76,792.00 |
| Micro Focus | License Agreement | Rumba Software | $0.00 |
| Microsoft | License Agreement | Housewide It Support | $0.00 |
| Mid-State Plumbing | | | $10,504.18 |
| Millenia Medical Staffing Svc | | | $32,087.80 |
| Miracles In Sight | Memorandum Of Agreement | Recovery Of Ocular Tissue | $0.00 |
| Moonlighting Solutions | Amendment To Professional Services Agreement | Professional Services Agreement | $182,143.34 |
| Morehead Digestive Health | Real Property Lease | Real Property Lease | $0.00 |
| Morehead High School | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Morehead Neurospine | Real Property Lease | Real Property Lease | $0.00 |
| Morrison Healthcare | Agreement | Agreement | $355,531.24 |
| Mortenson, Rodney M.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Moses Cone Health System | Patient Transfer Agreement | Service Agreement | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---:|
| Mount Eagle College | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Mountain Spring Water Inc. | Agreement | Hot & Cold Water Coolers | $46.00 |
| Msds Online | License Agreement | Reference Software | $2,430.00 |
| Mutch, Gary D.O. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Navex Global Inc | | Hot Line Subscription | $0.00 |
| Nc Emergency Physician Services, Pllc | Agreement For Emergency Medical Services And Medical Director Services | Physician Employment Agreement | $41,360.00 |
| Nc Stroke Care Collaborative | Letter Of Agreement | Support To Assist With Improving Quality Of Care For Acute Stroke Patients | $0.00 |
| Ncha State Plan | Service Agreement | Nchess, Truven | $0.00 |
| Nchewc Fund | Nche Workers' Compensation Fund Deductible Agreement | Fund Deductible Agreement | $0.00 |
| Ndsc Care Select | Service Agreement | It | $0.00 |
| Nextgen Healthcare | Mirth Applicance Renewal 2017 | Mirth Interface Engine | $0.00 |
| Nichols, Harold A. Dr | Medical Director Agreement | Physician Employment Agreement | $0.00 |
| North Carolina Health Information Exchange Authority (Nc Hiea) | Nc Health Information Exchange Participation & Subscription Agreement | Participation & Subscription Agreement | $0.00 |
| North Carolina Health Information Exchange Authority (Nc Hiea) | Master Data Services Participation Agreement | Participation Agreement | $0.00 |
| North Carolina Hospital Association | Service Agreement | Master Data Services Participation Agreement | $1,074.00 |
| Nova Biomedical | | | $10,376.10 |
| Novant Health Cardiology | | | $42,700.00 |
| Novant Health, Inc. | Novant Management Services Agreement | Management Services | $324,068.00 |
| Novant Medical Group | Lease Agreement - Smith Mc Michael Cancer Center | Real Property Lease | $0.00 |
| Novant Medical Group Inc | Lease Agreement | Lease Agreement | $0.00 |
| Novant Medical Group Inc | Lease Agreement | Lease Agreement | $0.00 |
| Novant Medical Group Inc | Lease Agreement - Cardiology | Real Property Lease | $0.00 |
| Novant Medical Group, Inc | Asset Purchase Agreement | Purchase Agreement | $0.00 |
| Novant Medical Group, Inc | Lease Agreement | Lease Agreement | $0.00 |
| Novant Medical Group, Inc | Termination Agreement | Lease Agreement | $0.00 |
| Novant Teleneurology | Service Agreement | Provide Telehealth Services | $0.00 |
| Novo Health Service | Service Agreement | Or Servicing | $18,348.00 |
| Nuance Communications | Service Agreement | Auto Answer Communications Solution | $0.00 |
| Nuvasive Inc | Pricing Agreement | Contractual Product Pricing | $815,265.00 |
| Occupational Health | Real Property Lease | Real Property Lease | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---:|
| Omnicell | | Pharmacy Automation System | $0.00 |
| Orkin, Llc | Pest Control National Service Agreement | Service Agreement | $3,143.45 |
| Orthopaedic Associates | Real Property Lease | Real Property Lease | $0.00 |
| O'toole, David M.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Parallon Chicago Il | Master Service Agreement | Master Service Agreement | $211,020.80 |
| Park Place | Service/Maintenance Agreement | It | $0.00 |
| Parsons, James B. M.D. | Medical Director Agreement | Physician Employment Agreement | $0.00 |
| Parsons, James M.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Patientco | Patientco Holdings, Inc. Services Agreement | Payments Hub Integrated Payment Processing | $0.00 |
| Patrick Henry Community College | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Peak Health Solutions, Inc. | General Services Agreement | Back-Up Coding Services | $0.00 |
| Pem Filings Llc | Rural Healthcare Agreement | Consulting Agreement | $4,276.00 |
| Pentax | Pentax Service Agreement | Service Agreement | $635.21 |
| Pentax | Service Agreement | Endoscopy | $635.00 |
| Persaud, Dennis M.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Pharmedium | | Pharmaceuticals | $8,712.00 |
| Pharmerica | Pharmacy Services Agreement | Service Agreement | $80,727.98 |
| Philips Healthcare | Philips Rightfit Service Agreement | | $2,040.00 |
| Philips Healthcare Informatics, Inc. | First Amendment To The Master Agreement | Services Agreement | $12,298.00 |
| Philips Medical Capital | | Equipment Lease | $5,435.52 |
| Philips Medical Healthcare | | Service Agreement | $10,109.00 |
| Piedmont Community Healthcare Alliance, Inc. | Hospital Service Agreement | Managed Care | $0.00 |
| Piedmont Stone Center | Lithotripsy Services Agreement | Service Agreement | $55,500.00 |
| Piedmont Surgical | Real Property Lease | Real Property Lease | $0.00 |
| Pitt Community College | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Preferred Medical Marketing Corp | Retrospective Lost Revenue Assessment & Recovery Engagement | | $5,653.00 |
| Press Ganey | Master Services Agreement & Amendments | Quality Reporting / Patient Satisfaction | $2,210.00 |
| Primary Physiciancare Inc. | Business Associate Amendment | Service Agreement | $0.00 |
| Prime Power Services, Inc | Preventive Maintenance And Service Plan | Service Agreement | $13,731.07 |
| Private Diagnostic Clinic | Antimicrobial Stewardship Program Development Services Agreement | Antimicrobial Stewardship Program | $30,976.41 |
| Professional Finance Company Inc | Collection Services Agreement | Accounts Receivable Collection | $12,835.00 |
| Public Health Authority Of Cabarrus County | North Carolina Telehealth Network Membership Agreement | Membership Agreement | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Public Health Authority Of Cabarrus County | North Carolina Telehealth Network Subscription Agreement | Subscription Agreement | $0.00 |
| Public Health Authority Of Cabarrus County | Nctn-H Subscription Agreement | Subscription Agreement | $0.00 |
| Q-Centrix, Llc | Letter Of Agreement | Letter Of Agreement | $6,138.52 |
| Quality Mobile X-Ray And Ultrasound (Mobile Visions) | Agreement Between Snf And Supplier | Provide X-Ray And Ultrasounds On-Site At Mnc | $450.00 |
| Quality Services Inc | Business Associate Agreement For Nextgen Healthcare | | $0.00 |
| Quantros | Enterprise Licensing Agreement And Application Hosting, Support And Maintenance Services Agreement | Incident Reporting System | $0.00 |
| Rcg- Eden Llc | Assignment And Assumption Agreement | Assignment Agreement | $0.00 |
| Rcg Eden Llc, A Georgia Ltd Liability Co | First Amendment Of Lease Agreement | Lease Agreement | $0.00 |
| Rcg Eden Llc, A Georgia Ltd Liability Co | Letter Of Landlord Re: Changes To Monthly Cam, Tax | Lease Agreement | $0.00 |
| Rcg Eden Llc, A Georgia Ltd Liability Co | Assignment And Assumption Agreement | Assignment Agreement | $0.00 |
| Rcg-Eden, Llc | Assignment And Assumption Agreement | Assignment And Assumption Agreement | $0.00 |
| Rcg-Eden, Llc | Tenant Estoppel Certificate | Lease Agreement | $0.00 |
| Relus Technologies | User Agreement | Emc Ns20, Emc Cx300 & Hp Blade Ctr Maint | $0.00 |
| Ritch, Erikm.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Rockingham Community College | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Rockingham County Airport Authority | Lease Agreement | Lease Agreement | $0.00 |
| Rockingham County Airport Authority | Lease Agreement | Lease Agreement | $0.00 |
| Rockingham County Health Alliance | Lease Agreement | Lease Agreement | $0.00 |
| Rockingham County Health Department | Healthcare Provider Contract | Provide Health Care Services To Patients Referred From Health Department | $0.00 |
| Rockingham County Healthcare Alliance | Free Clinic Lease | Real Property Lease | $0.00 |
| Rockingham County Partnership For Children | Contract #Yfc-17-3 | Provide Mmh Student Health Centers With Grant Funds | $0.00 |
| Rockingham County Schools | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Rockingham Eye Associates Pa | First Amendment Of Lease Agreement | Lease Agreement | $0.00 |
| Rockingham Medical & Kidney Care Pllc | First Amendment Of Lease Agreement | Lease Agreement | $0.00 |
| Roma Realty Llc | Lease For Morehead Urgent Care West | Real Property Lease | $0.00 |
| Ronbin Andree, M.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Roy, Markm.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Rpa South | Memorandum Of Agreement | Physics Consulting - Radiation Oncology | $450.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Samford University | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Sasser, Paul M.D. | Call Coverage Agreement | Physician Employment Agreement | $0.00 |
| Savaseniorcare Admin Services, Llc | Transfer Service Agreement | Service Agreement | $0.00 |
| Scha Solutions, Inc. | Application For Approved Vendor Status & Supplemental Staffing Agreement | Staffing | $0.00 |
| Sdi Usa, Inc | Maintenance Agreement | Tn3270 Plus Software Maintenance | $0.00 |
| Secretary Of Housing And Urban Development | Regulatory Agreement | Regulation | $0.00 |
| Shenandoah University | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Shi International Corp | | | $23,751.55 |
| Siemens Medical Solutions | | Service Agreement - Mri | $21,850.48 |
| Sirius Computer Solutions | License Agreement | Vmware | $0.00 |
| Softwareone | Purchase Order #151687 | Sales Agreement | $0.00 |
| Solarwinds | License Agreement | Solarwinds Virtualization Manager | $0.00 |
| Solarwinds | License Agreement | Solarwinds Network Performance Monitor | $0.00 |
| Solarwinds | License Agreement | Kiwi Cat Tools | $0.00 |
| Solarwinds | License Agreement | Log And Event Manager | $0.00 |
| Sophisticated Software, Inc. | Insurance Claims Processing Agent | Insurance Claims Processing Agent | $3,992.60 |
| Sourceone Healthcare Technologies, Inc. | Equipment Lease | Equipment Lease | $0.00 |
| South University Of North Carolina Llc | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Spectra Corp | Service Agreement | It | $4,275.00 |
| Spray Cotton Mills Llc | Lease For Storage Facility | Real Property Lease | $400.00 |
| Stanley Benefits | Service Agreement For Defined Benefit Plans | Pension Plan Administrative Services | $0.00 |
| Stericycle, Inc. | Master Regulated Medical Waste Service Agreement | Medical Waste Service Agreement | $614.00 |
| Sterilmed | | Compression Garments | $3,519.00 |
| Stringfield, Barry M.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Stryker Instrument Sale Corp | Product Service Plan Agreement | Service Agreement | $37,226.66 |
| Stryker Spine | | | $21,408.12 |
| Summit Healthcare Services, Inc. | Software Contract | Licensing Agreement | $1,440.00 |
| Sun Nuclear | | Software & Maintenance | $8,223.00 |
| Surry Commnuity College | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Synergy Health | Service Agreement | Service Agreement | $47,313.28 |
| Systel Ricoh | Service Agreement | Copiers | $4,589.00 |
| Tender Loving Care Hospice | Service Agreement | Provide Care To Hospice Patients | $0.00 |
| Terry Daniel, M.D. | Call Coverage Agreement | Physician Employment Agreement | $0.00 |
| Terry Daniel, M.D. | Medical Director Agreement | Physician Employment Agreement | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| The Advisory Board Company | Statement Of Work For Crimson Continuum Of Care | Service Order | $0.00 |
| The Advisory Board Company | Business Associate Agreement | Service Agreement | $0.00 |
| The Advisory Board Company | Statement Of Work For Crimson Continuum Of Care | Service Order | $0.00 |
| The Brand Banking Company | Tenant Estoppel Certificate | Lease Agreement | $0.00 |
| The First Liberty Ins. Corp | Insurance Policy | Automobile Liabilitypolicy # As6-Z51-291211-016 | $0.00 |
| The Moses H. Cone Memorial Hospital Operating Corp | Transfer Agreement | Service Agreement | $0.00 |
| The Ultimate Software Group, Inc. | Saas Model Agreement | Service Agreement | $2,356.00 |
| The University Of North Carolina At Charlotte, College Of Liberal Arts And Sciences | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| The University Of North Carolina Greensboro, School Of Health And Human Sciences | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| The University Of North Carolina Hospitals | Transfer Agreement | Service Agreement | $0.00 |
| Theracom Inc | | | $16,565.77 |
| Time Warner | Service Agreement | It Connectivity Solution | $0.00 |
| Time Warner Cable - Spectrum | | Service Agreement | $3,540.80 |
| Totalmed Staffing Inc | | | $18,093.75 |
| Track Trace Rx, Inc. | Tracktracerx License Agreement | Transitional Data Portal And Maintenance | $500.00 |
| Travelers Casualty & Surety Co | Insurance Policy | Directors & Officers Liabilitypolicy # 106599543 | $0.00 |
| Travelers Casualty & Surety Co | Insurance Policy | Crime - Wrappolicy # 105685779 | $0.00 |
| Travelers Casualty & Surety Co | Insurance Policy | Patient Fund Bondpolicy # 103119113 | $0.00 |
| Trend Micro Inc. | Trend Micro License Certificate | Purchase Agreement | $0.00 |
| Triad Healthcare Network | Skilled Nursing Home Preferred Provider Agreement | Participation In The "Next Generation Model" | $0.00 |
| Triage Consulting Group | Payment Review Services | | $0.00 |
| Tribridge Holding, Llc | Tribridge Master Services Agreement | Service Agreement | $0.00 |
| Trustaff Travel Nurses Llc | | | $18,381.45 |
| Truven | License Agreement | It Reporting Requirements | $0.00 |
| Tyco Simplex Grinnell Service Solution | | Test And Inspect Fire Alarm Systems | $13,967.20 |
| U.S. Bank, N.A. | Short Form Lease Agreement | Short Form Lease Agreement | $0.00 |
| Ultimate Software Group Inc | | | $2,355.66 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Unimerica Insurance Company | Insurance Policy | Self-Insurance Stop / Loss Insurancepolicy # Uni-201877 | $0.00 |
| United Healthcare Insurance Company And United Healthcare Of North Carolina, Inc. | Facility Services Agreement | Managed Care | $0.00 |
| University Of North Carolina At Chapel Hill For Its School Of Medicine, Department Of Allied Health Sciences | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| University Of North Carolina At Chapel Hill For Its School Of Medicine, Office Of Student Affairs | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| University Of North Carolina At Chapel Hill For Its Unc Eshelman School Of Pharmacy | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| University Of North Carolina At Chapel Hill School Of Nursing | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| University Of North Carolina At Greensboro School Of Health And Human Sciences, Department Of Nutrition | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| University Of North Carolina At Greensboro School Of Nursing | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Unum Life Insurance Co Of America | | | $0.00 |
| Uptodate, Inc. | Subscription And License Terms | Subscription ^& License Agreement | $0.00 |
| Vendormate | Vendormate Vision Services Agreement | Service Agreement | $0.00 |
| Virginia College | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Vizient (Novation) | | Novant Gpo | $0.00 |
| Vmware Airwatch | License Agreement | Airway Cloud And Software | $0.00 |
| Vmware Airwatch | License Agreement | Device Management | $0.00 |
| Vzw-Re/Mayodan, Llc | Lease Agreement | Lease Of Urgent Care Building | $0.00 |
| Wake Forest University Baptist Medical Center | Patient Transfer Agreement | Service Agreement | $0.00 |
| Wake Forest University Baptist Medical Center | Agreement For The Transfer Of Neurological Patients | Service Agreement | $0.00 |
| Walden University | Graduate Student Field Experience Field Site Affiliation Agreement | Student Educational Field Experiences | $0.00 |
| Waste Management | Service Agreement | Disposal | $3,348.00 |
| Weiser Security Svc Inc | Service Agreement | Security Guard Services | $23,187.22 |
| Wellpath Select, Inc. | Participating Hospital Agreement | Managed Care | $0.00 |

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | PROPOSED CURE AMOUNT |
|---|---|---|---|
| Wells Fargo | Merchant Equipment & Processing Agreement | (3) Credit Card Pos Machines - Nursing Home, Gift Shop And Wright Center | $0.00 |
| Western Carolina University | Educational Affiliation Agreement | Clinical Student Internship | $0.00 |
| William Mcleod, M.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Wilson, Ewain M.D. | Employment Agreement | Physician Employment Agreement | $0.00 |
| Winston-Salem State University School Of Education And Human Performance | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Winston-Salem State University School Of Health Sciences | Clinical Education Affiliation Agreement | Clinical Student Internship | $0.00 |
| Wolters Kluwer | License Agreement And Amendments | Rx Knowledge Bases | $0.00 |
| Yon-Drake & Associates, Inc. | Consulting Agreement | Pension Assets Investment Consulting Services | $0.00 |
| Zimmer Us, Inc | Product Purchase Agreement | Purchase Agreement | $161,672.00 |
| Zoho Corporation | License Agreement | Ad Manager Software | $0.00 |
| Zoho Corporation | License Agreement | Help Desk Software | $0.00 |