**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-10775 |
| **MOREHEAD MEMORIAL HOSPITAL,** ) | |
| ) | Chapter 11 |
| **Debtor.** ) | |
| ) | |

## NOTICE OF HEARING ON OBJECTIONS TO AMENDED NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES SUBJECT TO POSSIBLE ASSUMPTION AND ASSIGNMENT AND PROPOSED CURE AMOUNTS

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider objections to the *Amended Notice of Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment and Proposed Cure Amounts* [Dkt. No. 301] (the "Amended Cure Notice") filed by Morehead Memorial Hospital (the "Debtor") on the 27th day of October shall be held before the United States Bankruptcy Court for the Middle District of North Carolina (the "Bankruptcy Court") located at 101 S. Edgeworth Street, Greensboro, North Carolina 27401 on **November 15, 2017 at 9:30 a.m. (Eastern Standard Time).**

**PLEASE TAKE FURTHER NOTICE** that any objection to the Cure Amount[1] or the assumption and assignment of a Potentially Assumed Executory Contract included as part of Exhibit A attached to the Amended Cure Notice must be filed with the Bankruptcy Court and served on the undersigned counsel on or before **November 10, 2017** (the "Objection Deadline").

If you mail your objection, then you must mail it early enough so the parties will receive it on or before the Objection Deadline. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Amended Cure Notice and may enter an order granting that relief.

Respectfully submitted, this 27th day of October, 2017.

**WALDREP LLP**

/s/ *Jennifer B. Lyday*
Jennifer B. Lyday (NC Bar No. 39871)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Email: notice@waldrepllp.com

*Attorneys for the Debtor*

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Amended Cure Notice.