**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-10775 |
| MOREHEAD MEMORIAL HOSPITAL, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## NOTICE OF SUCCESSFUL AND NEXT-HIGEST BID

On September 19, 2017, the United States Bankruptcy Court for the Middle District of North Carolina, Greensboro Division, entered an *Order (A) Establishing Bid Procedures Related to the Sale of the Debtor's Assets, (B) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of the Notice Thereof, (C) Establishing Procedures Related to the Assumption and Assignment of Certain Executory Contracts, Including Notice of Proposed Cure Amounts, and (D) Granting Related Relief* (the "Bidding Procedures") [Docket No. 220].

The Debtor conducted the Auction[1] on October 30, 2017. After the Auction, and after consultation with the Consultation Parties, the Debtor determined that the following bidders are the Successful Bidder and Next-Highest Bidder:

1. Empower iHCC, Inc., 3901 NW 28th Street, 2nd Floor, Miami, FL 33142 – Successful Bidder

2. University of North Carolina Health Care System, 101 Manning Drive, Chapel Hill, NC 27514 – Next-Highest Bidder

Respectfully submitted, this 31st day of October, 2017.

        **WALDREP LLP**

        /s/ *Thomas W. Waldrep, Jr.*
        Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
        Jennifer B. Lyday (NC Bar No. 39871)
        101 S. Stratford Road, Suite 210
        Winston-Salem, NC 27104
        Telephone: 336-717-1440
        Telefax: 336-717-1340
        Email: notice@waldrepllp.com

        *Attorneys for the Debtor*

---

[1] Unless otherwise noted, capitalized terms used herein but not defined shall have the meanings ascribed to such terms in the Bidding Procedures.