UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MOREHEAD MEMORIAL HOSPITAL, | ) | Case No. 17-10775 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| —————————————————— | ) | |

### RESPONSE TO AMENDED NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES SUBJECT TO POSSIBLE ASSUMPTION AND ASSIGNMENT AND PROPOSED CURE AMOUNTS

NOW COMES U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION ("U.S. Bank Equipment Finance"), responding to Debtor's *Amended Notice of Executory Contracts, et al.* as follows:

1.     On or about March 9, 2017, Debtor and Stryker Flex Financial, a division of Stryker Sales Corporation ("Stryker"), entered into a Short Form Lease Agreement ("Lease Agreement") for the lease of certain medical equipment. A copy of the Lease Agreement and its Exhibit A is attached hereto and incorporated herein by reference as Exhibit 1.

2.     The Lease Agreement required 36 monthly lease payments of $4,394.40, plus monthly tax payments, increasing the monthly payment to $4,691.02. Attached hereto and incorporated herein by reference as Exhibit 2 is a screen shot from U.S. Bank Equipment Finance, reflecting the calculation of the monthly payment.

3.     Although the Lease Agreement represents a true lease, Stryker filed a protective UCC Financing Statement, a copy of which is attached hereto and incorporated herein by referenced as Exhibit 3.

4.      Subsequently, for value received, Stryker sold and assigned the Lease Agreement and perfected security interest to U.S. Bank Equipment Finance.

5.      As a result of the assignment of the Lease Agreement, U.S. Bank Equipment Finance tendered a purchase order to Stryker for the purchase of the subject equipment, and Stryker invoiced U.S. Bank Equipment Finance for the same. Copies of the purchase order and invoice are attached hereto and incorporated herein by reference as Exhibits 4 and 5, respectively.

6.      Debtor filed Chapter 11 Bankruptcy on July 10, 2017. Prior to the filing, Debtor had only made one (1) good, partial payment for the lease payment due for May, 2017 in the amount of $4,394.40. Payments ostensibly made by Debtor in June and July, 2017 were subsequently reversed, and Debtor defaulted on those two (2) lease payments.

7.      Subsequent to the Chapter 11 filing, Debtor made three (3) post-petition lease payments to U.S. Bank Equipment Finance in the sum of $4,691.02. For accounting purposes, those payments were applied to the pre-petition arrears and the August, 2017 post-petition lease payment. Attached hereto and incorporated herein by reference as Exhibit 6 is a screen shot showing application of the payments with a cure amount of $15,283.65. Attached hereto and incorporated herein by reference as Exhibit 7 is a Detailed Pay History Report reflecting the same cure amount. The cure amount is calculated through the November, 2017 lease payment, with another lease payment of $4,691.02 coming due on December 3, 2017.

8.      Debtor's *Amended Notice of Executory Contracts, et al.* reflects a proposed cure amount of $0.00.

WHEREFORE, U.S. Bank Equipment Finance objects to the proposed cure amount in Debtor's *Amended Notice of Executory Contracts, et al.*, and requests that the Court show a cure amount of $15,283.65 through November, 2017, with another lease payment of $4,691.02 coming due on December 3, 2017. Further, U.S. Bank Equipment Finance requests that the Court schedule a hearing on this matter and to grant such other and further relief as this Court deems just and proper.

This the 9th day of November, 2017.

/s/ Gregory P. Chocklett
GREGORY P. CHOCKLETT
NC State Bar No. 12623
Law Offices of Gregory P. Chocklett
711 Harvey Street
Raleigh, NC 27608
Telephone: (919) 856-0100
Facsimile: (919) 856-0799
Email: gchocklett@chocklettlaw.com
*Attorney for U.S. Bank Equipment Finance, a division of U.S. Bank National Association*

Mar. 9. 2017  9:49AM    MOREHEAD MEMORIAL HOSPITAL                    No. 6476   P. 3



**Short Form Lease Agreement No.**

Owner ("we" or "us") :
Stryker Flex Financial, a division of Stryker Sales Corporation
1901 Romance Road Parkway
Portage, MI 49002

| Customer Name and Address ("You" and "Your"): | Equipment Location: 117 East Kings Hwy, Eden, North Carolina 27288-5201 |
|---|---|
| Morehead Memorial Hospital | Supplier: Stryker Sales Corporation, 4100 E. Milham Avenue, Kalamazoo, MI |
| 117 East Kings Hwy | 49001 |
| Eden, North Carolina 27288-5201 | Equipment Description: (see attached Exhibit A which is a part of this Agreement.) |

**PAYMENT INFORMATION**

| # of Lease Payments | Payment Frequency | Lease payment | Terms of Agreement in Months: 36 |
|---|---|---|---|
| 36 | Monthly | $4,394.40  (First payment due 30 days after Agreement | Equipment Purchase Option: Fair Market Value Option |
| | | is commenced). (Plus applicable Sales/Use Taxes - See | Equipment Purchase Option shall be FMV unless another option is stated above. |
| | | "Taxes" section below) | |

| | Security Deposit | First Period Payment | Other | Total Payment Enclosed |
|---|---|---|---|---|
| | $0.00 | + $0.00 | + $ 0.00 | – $ 0.00 |

1. **Lease:** You ("Customer") agree to lease from us ("Owner") the equipment (including software and/or software license fees ("Software"), if any, "Equipment") listed above and on any attached schedule in accordance with the terms of this Agreement (this "Agreement"). This Agreement starts on the day the Equipment is delivered to you ("Commencement Date") and continues for the number of months described above (the "Term"). The Lease Payments ("Payments") shall be payable beginning on the Commencement Date or any later date we designate and thereafter until all fully paid. Your obligations under this Agreement ("Obligations") are absolute, unconditional, and are not subject to cancellation, defense, recoupment, reduction, setoff or counterclaim. If a Payment is not made when due, you will pay us a late charge of 5% for each Payment or $10.00, whichever is greater. We may charge you a fee of $55.00 for any check that is returned. You authorize us to adjust the Payments at any time if taxes included in the Payments differ from our estimate. You agree that the Payments were calculated by us based, in part, on a rate reported in the "interest rate swaps" section of Federal Reserve Statistical Release H-15 and in the event the Term of this Agreement starts more than 30 days after we send this Agreement to you, we may adjust the Payments once to compensate us, in good faith, for any increase in such rate. You shall be deemed to have accepted the Equipment for lease hereunder upon the date that is ten (10) days after it is shipped to you by the Supplier and, at our request, you shall confirm for us such acceptance. No acceptance of any item of Equipment may be revoked by you.

2. **Title and Laws:** Unless you have a $1.00 purchase option, we own the Equipment and you have the right to use the Equipment during the Term, provided you comply with the terms of this Agreement. If you have a $1.00 purchase option or this Agreement is deemed to be a security agreement, you grant us a security interest in the Equipment and all proceeds therefrom, and authorize us to file financing statements on your behalf. You agree not to permit any lien, claim or encumbrance to be placed upon the Equipment. You shall comply with all applicable laws, rules and regulations and manufacturer's specifications and instructions concerning the operation, ownership, use and/or possession of the Equipment.

3. **Equipment Use, Maintenance and Warranties:** Any Assignee (as defined below) is leasing the Equipment to you "AS-IS" AND MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. You must, at your cost, keep the Equipment in good working condition. If Payments include maintenance and/or service costs, you agree that (i) no Assignee is responsible to provide the maintenance or service, (ii) you will make all maintenance and service related claims to the persons providing the maintenance, service or warranty, and (iii) any maintenance, warranty or service claims will not impact your Obligations. The Equipment cannot be moved from the location above without our prior written consent. STRYKER SALES CORPORATION (INCLUDING STRYKER FLEX FINANCIAL, ITS DIVISION) MAKES NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING ANY EQUIPMENT. This Agreement will not impair any express warranties or indemnifications or other obligations of Stryker Corporation or any of its subsidiaries to you regarding the Equipment and we hereby assign all of our rights in any Equipment warranties to you.

4. **Assignment:** You agree not to transfer, sell, sublease, assign, pledge or encumber the Equipment or any rights under this Agreement without our prior written consent, which consent shall not be unreasonably withheld, and if you do, even with our consent, you will still be fully responsible for all your Obligations. You shall provide us with at least 45 days' prior written notice of any change to your principal place of business, organization or incorporation. You agree that we may, without notice to you, sell, assign, or transfer ("Transfer") this Agreement to a third party (each, an "Assignee"), and each Assignee will have our Transferred rights, but none of our obligations, and such rights will not be subject to any claims, recoupment, defenses, or setoffs that you may have against us or any supplier even though an Assignee may continue to bill and collect all of your Obligations in the name of "Stryker Flex Financial".

5. **Risk of Loss, Insurance and Reimbursement:** Effective upon delivery to you and continuing until the Equipment is returned to us in accordance with the terms of this Agreement, you shall bear all risk of Equipment loss or damage. If any such loss or damage occurs you still must satisfy all of your Obligations. You will (i) keep the Equipment insured against all risks of loss or damage for an amount equal to its replacement cost, (ii) list us as the insurance sole loss payee and (iii) give us written proof of the insurance. If you do not provide such insurance, we have the right, without obligation, to obtain such insurance and add an insurance fee (which may include a profit) to the amount due from you. You will obtain and maintain comprehensive public liability insurance naming us as an additional insured with coverages and amounts acceptable to us. To the extent not expressly prohibited by applicable law, you will reimburse and defend us, including each Assignee for and against any losses, injuries, damages, liabilities, expenses, claims or legal proceedings asserted against or incurred by us, including any Assignee, relating to the Equipment and which relate to or arise out of your act or omission or the act or omission of your agents or employees or others (excluding us) with access to the Equipment. The terms of this paragraph will continue after the termination, cancellation or expiration of this Agreement.

6. **Taxes:** You agree to pay when due, either directly or as reimbursement to us, all taxes (i.e., sales, use and personal property) and charges in connection with ownership and use of the Equipment. We may charge you a processing fee for administering property tax filings. To the extent not expressly prohibited by applicable law, you will indemnify us on an after-tax basis, on demand, against the loss or unavailability of any of our anticipated equipment ownership tax benefits caused by your act or omission.

7. **Default Remedies:** You are in default under this Agreement if: a) you fail to pay a Payment or any other amount when due; or b) you breach any other obligation under this Agreement or any other agreement with us; or c) your principal owner or any guarantor of this Agreement dies; d) you or any guarantor dissolves, ceases to do business as a going concern, becomes insolvent, bankrupt, merges, or is sold; or e) You or any guarantor fails to pay any other material obligation owed to us or any of our affiliates. Upon default, we may: a) declare the entire balance of unpaid Payments for the full Term immediately due and payable; b) sue you for and receive the total amount due plus the Equipment's anticipated end-of-Term fair market value ("FMV") or fixed price purchase option (the "Residual") with future Payments and Residual discounted to the date of default at the lesser of (i) a per annum interest rate equivalent to that of a U.S. Treasury constant maturity obligation (as reported by the U.S. Treasury Department) that would have a repayment term equal to the remaining Term, all as reasonably determined by us; or (ii) 3% per annum, but only to the extent permitted by law; c) charge you interest on all monies due at the rate of 18% per year from the date of default until paid; and/or d) require you to immediately return the Equipment to us or we may peaceably repossess it. Upon default, you will also pay all expenses including but not limited to reasonable attorneys fees, legal costs, cost of storage and shipping incurred by us in the enforcement and attempted enforcement of any of remedies under this Agreement. Any return or repossession will not be considered an Agreement termination or cancellation. If the Equipment is returned or repossessed we

Agreement #



EXHIBIT

/

Mar. 9. 2017 9:50AM    MOREHEAD MEMORIAL HOSPITAL    No. 6476    P. 4



may sell or re-rent the Equipment at terms we determine, at one or more public or private sales, with or without notice to you, and apply the net proceeds (after deducting any related expenses) to your obligations. You remain liable for any deficiency with any excess being retained by us.

**8. End of term:** You will give us at least 90 days but not more than 180 days written notice (to our address above) before the initial Term (or any renewal term) expiration of your intention to purchase or return the Equipment, whereupon you may: a) purchase all, but not less than all, of the Equipment as indicated above or b) return all of the Equipment in good working condition at your cost how, when and where we direct. Any FMV purchase option amount will be determined by us based on the Equipment's in place value. If you don't notify us, or if you don't a) purchase or b) return the Equipment as provided herein, this Agreement will automatically renew at the same Payment amount for consecutive 60-day periods. If any Software license ("License") included hereunder passes title to you, such title shall automatically, and without further action, hereby vest in us, and you hereby agree to relinquish any subsequent Software title, purchase or use right claim. If, in connection with our Software rights, licensor's consent is required, you will assist us in obtaining such consent. If the $1.00 Buyout is selected above, the first three sentences of this section 8 shall be void and upon expiration of the Term, you shall pay all amounts owed by you hereunder but unpaid as of such date plus $1.00 (and any applicable taxes). Any purchase of the Equipment by you pursuant to a purchase option or $1.00 Buyout shall be "AS IS, WHERE IS" without representation or warranty of any kind from us.

**9. Miscellaneous:** You acknowledge we have given you the Equipment supplier's name. We hereby notify you that you may have rights under the supplier's contract and may contact the supplier for a description of these rights. This Agreement shall be governed and construed in accordance with the laws of Michigan. You agree (i) to waive any and all rights and remedies granted to you under Uniform Commercial Code Sections 2A-508 through 2A-522, (ii) that the Equipment will only be used for business purposes and not for personal, family or household use and (iii) that a facsimile copy of this Agreement and each document executed with this Agreement may be treated as an original and will be admissible as legal evidence thereof. We may inspect the Equipment during the Term. No failure to act shall be deemed a waiver of any rights hereunder. If you fail to pay (within thirty days of invoice date) any freight, sales tax or other amounts related to the Equipment which are not financed hereunder and are billed directly by us to you, such amounts shall be added to the Payments set forth above (plus interest or additional charges thereon) and you authorize us to adjust such Payments accordingly. If we are required to report the components of your payment obligations hereunder to certain state and/or federal agencies or public health coverage programs such as Medicare, Medicaid, SCHIP or others, and such amounts are not adequately disclosed in any attachment hereto, then Stryker Sales Corporation will, upon your written request, provide you with a detailed outline of the components of your payments which may include equipment, software, service and other related components. You acknowledge that you have not received any tax or accounting advice from us. You agree that you shall upon request from us, promptly provide to us a copy of your most recent annual financial statements and any of your other financial information (including interim financial statements) that we may request. You authorize us to share such information with our affiliates, subsidiaries and Assignees. This Agreement, any schedules hereto, any attachments to this Agreement or any schedules and any express warranties made by Stryker Sales Corporation constitute the entire agreement between the parties hereto regarding the Equipment and its use and possession and supersede all prior agreements and discussions regarding the Equipment and any prior course of conduct. You waive all rights to any indirect, punitive, special or consequential damages in connection with the Equipment or this Agreement. There are no agreements, oral or written, between the parties which are contrary to the terms of this Agreement and such other documents. YOU AGREE THAT THIS IS A NON-CANCELLABLE AGREEMENT AND WAIVE TRIAL BY JURY.

I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS AGREEMENT FOR CUSTOMER

| Customer Signature | Accepted By Stryker Flex Financial, a division of Stryker Sales Corporation |
|---|---|
| Signature: _Dana M. Weston_  Date: 03/07/17 | Signature: _R. Yarbor_  Date: 3/24/17 |
| Print Name: Dana M. Weston | Print Name: R. Yarbor |
| Title: President and CEO | Title: Authorized Signer |

Agreement #: _____

Mar. 9. 2017  9:50AM    MOREHEAD MEMORIAL HOSPITAL    No. 6476    P. 5



### Exhibit A to Short Form Lease Agreement Number
### Description of Equipment

<u>Customer Name:</u> Morehead Memorial Hospital
<u>Delivery Address:</u> 117 East Kings Hwy, Eden, North Carolina 27288-5201

Part I - Equipment/Service Coverage (if applicable)

| Model Number | Equipment Description | Quantity |
|---|---|---|
| 5450850000 | Sonopet 110V Console with Foot Pedal and Polo | 1 |
| 5450820000 | Sonopet Angled Handpiece, Universal | 2 |
| 5450800278 | Sterilization Tray 7mm, Universal | 2 |
| 5450800039 | Torque Wrench 90 Degree, Universal | 2 |
| 5450850410 | Sonopet Cart | 1 |

Total Equipment:    $168,595.18

Total Financed Amount:    $168,595.18

| Customer Signature | | Accepted By Stryker Flex Financial, a division of Stryker Sales Corporation | |
|---|---|---|---|
| Signature: _Dana M. Weston_ | Date: 03/07/17 | Signature: _R. Yarbor_ | Date: 3/24/17 |
| Print Name: Dana M. Weston | | Print Name: R. Yarbor | |
| Title: President and CEO | | Title: Authorized Signer | |

Agreement Number:

```
CHAINT.05.1.1              Lease Contract Inquiry              10/09/2017
                             Open Item Detail

                                         Private Label      N No
Contract             Open Item 93194785      Invoice      33713807
Dealer Name STRYKER FLEX FINA Program Type True Lease
   Date Due 09/03/2017 Past 31   05• Misc Memo
   Remit To                      Inv./Credit No.
03• Asset Tax Location Data      Linked Misc
04• Charge List                  06• Item Links

Seq Description     Invoice Amount   Amount Rcvd   Amount Due  Date Rcvd
    Accting Method  Misc Invd Num    Manual Chngs  Payment Memo Trans Num
    CONTRACT PAYMEN    4,394.40          0.00        4,394.40
    Cash                                 0.00
    State Tax           208.73           0.00         208.73
                                         0.00
    County Tax           87.89           0.00          87.89
                                         0.00

                            Total Due                4,691.02
                                                     End of List
Selection
```

EXHIBIT
2

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| Phone: Fax: |

| B. E-MAIL CONTACT AT FILER (optional) |
| --- |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)    15602 - US BANK

CT Lien Solutions          57950428
P.O. Box 29071
Glendale, CA 91209-9071    NCNC

File with: Secretary of State, NC

**CT Lien Solutions**
Representation of filing

**This filing is Completed**
File Number : 20170024239A
File Date   : 09-Mar-2017

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| MOREHEAD MEMORIAL HOSPITAL | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 117 E KINGS HIGHWAY | EDEN | NC | 27288 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| STRYKER SALES CORPORATION | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1901 Romence Road Parkway | Portage | MI | 49002 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
1- SONOPET 110V CONSOLE WITH FOOT PEDAL AND POLE;
2- SONOPET ANGLED HANDPIECE, UNIVERSAL;
2- STERILIZATION TRAY 7MM, UNIVERSAL;
2- TORQUE WRENCH 90 DEGREE, UNIVERSAL;
1- SONOPET CART;

TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED OR ATTACHED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor

8. OPTIONAL FILER REFERENCE DATA:
57950428          3000002665                                    2214719

**EXHIBIT
3**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by
Glendale, C



**PURCHASE ORDER**

EQUIPMENT FINANCE

PO Number: 2214719
Date: March 9, 2017
PO Expiry: May 9, 2017

To:

Stryker Flex Financial
1901 Romence Road Parkway
Portage, MI 49002

Sold to:

U.S. Bank Equipment Finance, a division of U.S. Bank National Association
PO Box 230789
Portland, OR 97281-0789

Ship to:

MOREHEAD MEMORIAL HOSPITAL
117 E KINGS HIGHWAY
EDEN, NC 27288

The undersigned ("Buyer") subject to the terms and conditions stated below hereby orders the equipment ("Equipment"), software ("Software") and/or soft costs described below (collectively, the "System") from you (the "Seller") for a purchase price not to exceed the total cost set forth below.

NOTWITHSTANDING ANYTHING HEREIN TO THE CONTRARY, THIS PURCHASE ORDER IS SUBJECT TO THE TERMS AND CONDITIONS OF THE MASTER FINANCING PROGRAM AGREEMENT DATED OCTOBER 16, 2008, BY AND BETWEEN STRYKER SALES CORPORATION, HOWMEDICA OSTEONICS CORPORATION AND U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL ASSOCIATION (THE "PROGRAM AGREEMENT"), THE TERMS OF WHICH ARE INCORPORATED HEREIN BY REFERENCE AS IF SET FORTH IN FULL. CAPITALIZED TERMS USED, BUT NOT DEFINED HEREIN, ARE USED WITH THE RESPECTIVE MEANINGS SET FORTH IN THE PROGRAM AGREEMENT. The Equipment or System purchased hereunder is being purchased for lease to the shipping recipient specified above (the "Lessee"). The Lessee has assigned to Buyer any orders issued by Lessee to Seller in regard to the Equipment/System.

| EQUIPMENT DESCRIPTION | |
|---|---:|
| See Exhibit A to Stryker Agreement No.: | |
| EQUIPMENT COST | $168,595.18 |
| SERVICE COVERAGE | $0.00 |
| FINANCED BUYOUT | $0.00 |
| SUB-TOTAL | $168,595.18 |
| LESS SUBSIDY/DISCOUNT | $0.00 |
| LESS BUYOUT | $0.00 |
| TOTAL DUE VENDOR FROM BUYER | $168,595.18 |

The following terms are in addition to those contained elsewhere in the Program Agreement and elsewhere in this Purchase Order:

Seller's document package contains the following deficiencies:

1. Invoice

Note: Per the terms of the Program Agreement, Seller shall resolve any deficiencies within 60 days of Buyer's payment of the purchase price or Seller shall be obligated to repurchase the Equipment/System and Transaction Documents.

NOTIFICATION: U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL ASSOCIATION has assigned its rights (but not its obligations) under this Purchase Order, regarding the purchase of the Equipment/System described herein, to USBEF Exchange Co. as part of an IRC Section 1031 exchange. This assignment has no effect on your rights or obligations hereunder.

U.S. Bank Equipment Finance, a division of U.S. Bank National Association

By: *Shannan Bailey*
An Authorized Officer Thereof

REV 04/30/2015

EXHIBIT
4



Stryker Flex Financial
1901 Romence Road Parkway, Portage, MI 49002-3672
Phone: (888) 308-3146   Fax: (888) 605-4344

**REMIT TO**
Stryker Instruments
4100 E MILHAM AVENUE, KALAMAZOO, MI 49002
Sales: (800) 253-3210 Service: (888) 311-4521

**SHIP TO:**      Morehead Memorial Hospital
117 East Kings Hwy
Eden, North Carolina  27288-5201

**SOLD TO:**      U.S. Bank Equipment Finance, a division of U.S. Bank National Association
PO Box 230789
Portland, OR 97281-0789

| INVOICE NUMBER 2210020970 | | INVOICE DATE 3/24/2017 | LPO NUMBER 2214719 | Terms On Receipt | | |
|---|---|---|---|---|---|---|
| QTY | ITEM | CODE | | DESCRIPTION | UNIT PRICE | AMT |
| 1 | 5450850000 | | Sonopet 110V Console with Foot Pedal and Pole | | $109,845.00 | $109,845.00 |
| 2 | 5450820000 | | Sonopet Angled Handpiece, Universal | | $50,200.00 | $50,200.00 |
| 2 | 5450800278 | | Sterilization Tray 7mm, Universal | | $1,030.00 | $1,030.00 |
| 2 | 5450800039 | | Torque Wrench 90 Degree, Universal | | $5,670.18 | $5,670.18 |
| 1 | 5450850410 | | Sonopet Cart | | $1,850.00 | $1,850.00 |
| | | | | **SUBTOTAL** | | $168,595.18 |
| | | | | **SALES TAX** | | |
| | | | | **INVOICE TOTAL** | | $168,595.18 |

EXHIBIT

5

tabbies

(A) LASASP01 MOD5 - PASSPORT

Wednesday, November 01, 2017, 9:50:18 AM

CMAINT.05.1                Lease Contract Inquiry              11/01/2017
                              Open Item Inquiry

Contract                                        Private Label N No
Dealer Name STRYKER FLEX FINANCIAL        Program Type True Lease

| Seq | Item | Date Due | Description | Total Invd | Total Rcvd | Total Due |
|-----|------|----------|-------------|-----------|-----------|-----------|
| 0001) | 94508554 | 11/03/17 | CONTRACT PAYMEN | 4,691.02 | | 4,691.02 |
| 0002) | 93883825 | 10/03/17 | CONTRACT PAYMEN | 4,691.02 | | 4,691.02 |
| 0003) | 93194785 | 09/03/17 | CONTRACT PAYMEN | 4,691.02 | | 4,691.02 |
| 0004) | 92742382 | 08/03/17 | SALES TAX | 889.86 | | 889.85 |
| 0005) | 92462496 | 08/03/17 | CONTRACT PAYMEN | 4,394.40 | 4,073.67 | 320.73 |
| 0006) | 91841166 | 07/03/17 | CONTRACT PAYMEN | 4,394.40 | 4,394.40 | |
| 0007) | 91178670 | 06/03/17 | CONTRACT PAYMEN | 4,394.40 | 4,394.40 | |
| 0008) | 90504914 | 05/03/17 | CONTRACT PAYMEN | 4,394.40 | 4,394.40 | |

        Subtotal --      15,283.65   Grand Total --    15,283.65

Selection                              End of List



EXHIBIT
6
tabbies

U.S. BANK - HEALTHCARE VENDOR SERVICES LKE
Phone 800-328-5371 Fax #

# Detailed Pay History Report

Level: IL Agreement#
Format: Lessee
Report Type: Contract
Linked: No
Sort by: Charge Due Date

## CLIENT: STRYKER FLEX FINANCIAL 1630350 / 302592

MOREHEAD MEMORIAL HOSPITAL - 117 E KINGS HIGHWAY, EDEN, NC   27288   336-623-9711
Customer Credit Account Number: # :        /Linked Code   03
Completed Payments:     3   of   36
Application Numbers/Agreement Number(s):

| Date Funds Received | Date Funds Applied | Check # | Amount | Charge Due Date | Contract # | Rental Payment | Rental Sales Tax | Misc Charges Amount | Misc Charge Code | Days Late | Adjustments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *Current Charges Unpaid* | | | | | | | |
| | | | | 09/03/2017 | | $320.73 | | $889.86 | T338 | 90 | |
| | | | | sub total | | $320.73 | | $889.86 | | | |
| | | | | 09/03/2017 | | $4,394.40 | $296.62 | | | 59 | |
| | | | | sub total | | $4,394.40 | $296.62 | | | | |
| | | | | 10/03/2017 | | $4,394.40 | $296.62 | | | 29 | |
| | | | | sub total | | $4,394.40 | $296.62 | | | | |
| | | | | 11/03/2017 | | $4,394.40 | $296.62 | | | | |
| | | | | sub total | | $4,394.40 | $296.62 | | | | |
| | | | | **Current Charges Due** | | $13,503.93 | $889.86 | $889.86 | | | |
| | | | | *Paid to Date* | | | | | | | |
| **Payments Applied** | | | | | | | | | | | |
| 05/01/2017 | 05/01/2017 | | $4,394.40 | 05/03/2017 | | $4,394.40 | | | | -2 | |
| | | | | sub total | | $4,394.40 | | | | | |
| 08/01/2017 | 07/19/2017 | | ($4,394.40) | 06/03/2017 | | ($4,394.40) | | | | 46 | REVERSED |
| 08/01/2017 | 05/01/2017 | | $4,394.40 | 06/03/2017 | | $4,394.40 | | | | -2 | |
| 08/28/2017 | 08/28/2017 | | $4,394.40 | 06/03/2017 | | $4,394.40 | | | | 86 | |
| | | | | sub total | | $4,394.40 | | | | | |
| 07/03/2017 | 07/19/2017 | | (4,394.40) | 07/03/2017 | | ($4,394.40) | | | | 16 | REVERSED |
| 07/03/2017 | 07/05/2017 | | $4,394.40 | 07/03/2017 | | $4,394.40 | | | | 3 | |
| 10/02/2017 | 10/05/2017 | | $817.35 | 07/03/2017 | | $817.35 | | | | 95 | |
| 08/28/2017 | 08/28/2017 | | $3,777.05 | 07/03/2017 | 5 | $3,777.05 | | | | 56 | |

Detailed Pay History Report

Page   1


EXHIBIT
7
tabbies

| Date Funds Received | Date Applied | Check # | Amount | Charge Due Date | Contract # | Rental Payment | Rental Sales Tax | Misc. Charges Amount | Misc. Charge Code | Days Late | Adjustments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | sub total | | $4,394.40 | | | | | |
| 10/02/2017 | 10/06/2017 | 508816 | $4,073.87 | 03/03/2017 | | $4,073.87 | | | | 64 | |
| | | | | sub total | | $4,073.87 | | | | | |
| Total | | | $17,256.87 | Totals | | $17,256.87 | | | | | |

SUMMARY

| | |
|---|---|
| Total Due | $32,540.52 |
| Total Recd | $17,256.87 |
| Balance Due | $15,283.65 |

Key

| CODE | DESCRIPTION |
|---|---|
| T338 | SALES TAX |

Detailed Pay History Report

Created On: 11/01/2017 12:23 AM

Page 2

CERTIFICATE OF SERVICE

I, Gregory P. Chocklett, Attorney at Law, certify that I am and at all times hereinafter mentioned was more than 18 years of age;

That on the date below listed, I served a copy of the foregoing *Response to Amended Notice of Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment and Proposed Cure Amounts* on the following party in this proceeding by depositing copies thereof in the USPS first class mail, postage prepaid, and addressed as follows:

**Morehead Memorial Hospital**
117 E Kings Hwy
Eden NC 27288-5201
*Debtor*

That on the date below listed, I served a copy of the foregoing *Response to Amended Notice of Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment and Proposed Cure Amounts* on the following parties in this proceeding electronically via CM/ECF:

**Jennifer Barker Lyday**
**Francisco T. Morales**
**Thomas W. Waldrep, Jr.**
Waldrep LLP
101 S Stratford Rd, Suite 210
Winston-Salem NC 27104
*Attorneys for Debtor*

**William P. Miller**
101 S Edgeworth St
Greensboro NC 27401
*Bankruptcy Administrator*

**Terri L. Gardner**
Nelson Mullins Riley & Scarborough, LLP
PO Box 30519
Raleigh NC 27622
*Attorney for Official Committee of Unsecured Creditors*

**Boris I. Mankovetskiy**
**Andrew Howard Sherman**
Sills Cummis & Gross
One Riverfront Plaza
Newark NJ 07102
*Attorneys for Official Committee of Unsecured Creditors*

This the 9th day of November, 2017.

/s/ Gregory P. Chocklett
GREGORY P. CHOCKLETT
NC State Bar No. 12623
Law Offices of Gregory P. Chocklett
711 Harvey Street
Raleigh, NC 27608
Telephone: (919) 856-0100
Facsimile: (919) 856-0799
Email: gchocklett@chocklettlaw.com
*Attorney for U.S. Bank Equipment Finance, a*
*division of U.S. Bank National Association*