**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 17-10775** |
| **MOREHEAD MEMORIAL HOSPITAL,** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

**NOTICE OF DEADLINES FOR FILING CERTAIN ADMINISTRATIVE EXPENSE CLAIMS AGAINST THE DEBTOR**

On July 10, 2017 (the "Petition Date"), Morehead Memorial Hospital (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code").

**PLEASE TAKE NOTICE THAT** on February 23, 2018, the United States Bankruptcy Court for the Middle District of North Carolina (the "Court") entered an order (the "Administrative Expense Claims Bar Date Order") in the Debtor's Chapter 11 Case establishing **March 19, 2018 at 4:00 p.m.** (prevailing Eastern Time) as the deadline for filing Administrative Expense Claims (defined below) against the Debtor.

For purposes of this notice, an Administrative Expense Claim is a Claim[1] against the Debtor or the Debtor's estate pursuant to Sections 503(b) and 507(a)(2) of the Bankruptcy Code that was incurred, accrued, or arose during either (a) the Post-petition Period, *i.e.*, from July 10, 2017 (the "Petition Date") through and including January 1, 2018 (the "Closing Date"), including,

[1] For purposes of this notice, a "claim" has the meaning set forth in 11 U.S.C. § 101(5), namely: (a) the right to payment whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to receive payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, secured, or unsecured. Claims include potential and unmatured tort and contract claims.

but not limited to, (i) the actual, necessary costs and expenses, of preserving the Debtor's estate and operating the business of the Debtor, including wages, salaries, or commissions for services rendered after the commencement of the Chapter 11 Case and (ii) claims or causes of action arising after the Petition Date, including alleged personal injuries, whether or not such claim is reduced to judgment, liquidated, unliquidated, fixed, contingent, insured or uninsured, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured, or (b) the period from and including 20 days before the Petition Date and entitled to an administrative expense priority under Section 503(b)(9) of the Bankruptcy Code (each an "Administrative Expense Claim" and collectively, "Administrative Expense Claims"). This definition is for illustrative purposes only and without prejudice to the Debtor's or any other party in interest's right to assert that any claim or cause of action entitled to priority pursuant to Section 507(a)(2) of the Bankruptcy Code was required to be filed by the Administrative Expense Claims Bar Date.

With respect to claims against the Debtor pursuant to Section 503(b)(9) of the Bankruptcy Code (the "Section 503(b)(9) Claims"), claimants are required to submit a proof of claim in the form of the Section 503(b)(9) Claim form attached to the Administrative Expense Claims Bar Date Order and attached hereto as **Exhibit 1-A** that sets forth with specificity:

a. the amount of the claim;

b. the type(s) of goods received by debtor within twenty (20) days before the Petition Date;

c. the shipment date of goods;

d. the place of delivery of goods;

e. the method of delivery of goods;

f. the name of carrier of goods;

g. the alleged value of goods;

h. whether the value of goods listed in this claim relates to services and goods;

i. the percentage of value related to services and the percentage of value related to goods; and

j. whether claimant has filed any other claim against Debtor relating to goods underlying its Section 503(b)(9) claim.

All proofs of Section 503(b)(9) Claims must be accompanied by (i) the particular invoices, receipts, bills of lading, and similar materials identifying the goods underlying the claim; (ii) any demand to reclaim the goods under Section 546(c); and (iii) documents demonstrating the date the goods were actually received by the Debtor. If such documentation is unavailable, such claims shall be accompanied by a statement explaining whether the documentation was lost or destroyed or otherwise explain its absence. Finally, any claimant asserting a Section 503(b)(9) Claim must certify that the goods were sold in the ordinary course of the Debtor's business.

Claimants asserting Administrative Expense Claims other than those for Section 503(b)(9) Claims are required to submit a general administrative expense proof of claim form attached to the Administrative Expense Claim Bar Date Order and attached hereto as **Exhibit 1-B**. Any documents supporting or evidencing an Administrative Expense Claim should be attached to the proof of claim. If such documentation is unavailable, such claims shall be accompanied by a statement explaining whether the documentation was lost or destroyed or otherwise explain its absence. Proofs of claims for Section 503(b)(9) Claims must be submitted separately and shall not be asserted on the same proof of claim as other Administrative Expense Claims.

Notwithstanding the foregoing, the following Administrative Expense Claims need not be filed prior to the Administrative Expense Claims Bar Date:

(a) any Administrative Expense Claims of professionals retained pursuant to orders of this Court who may seek fees and expenses for their services pursuant to Sections 330 and 331 of the Bankruptcy Code, and fees payable to the United States Bankruptcy Administrator pursuant to 28 U.S.C. § 1930;

(b) any entity that has already properly filed a motion requesting allowance of an administrative expense claim pursuant to Section 503(b) related to the Post-Petition Period or on account of a claim arising under Section 503(b)(9) of the Bankruptcy Code;

(c) any entity that has already filed a proof of claim meeting the requirements set forth herein and asserting an administrative expense claim or Section 503(b)(9) Claim, unless such claim has previously been procedurally disallowed;

(d) a holder of an Administrative Expense Claim related to or incurred during the Post-petition Period or a Section 503(b)(9) Claim that previously has been allowed by order of the Court;

(e) any Administrative Expense Claims of members of the Committee for expenses pursuant to Section 503(b)(3)(F) of the Bankruptcy Code; and

(f) a holder of an Administrative Expense Claim that has been paid in full by the Debtor or UNCHCS pursuant to the Bankruptcy Code or in accordance with an Order of the Court.

**You should not file an Administrative Expense Claim if you do not hold an Administrative Expense Claim. The fact that you received this notice does not necessarily mean that you hold an Administrative Expense Claim or that either the Debtor or the Court believes that you hold an Administrative Expense Claim.**

Pursuant to the terms of the Administrative Expense Claims Bar Date Order, and except as otherwise provided herein, each person or entity (including, without limitation, each individual, partnership, joint venture, limited liability company, corporation, estate, trust or governmental unit) that holds or asserts an Administrative Expense Claim must file an Administrative Expense Proof of Claim Form with original signature, substantially conforming to the Administrative Expense Proof of Claim Forms, as applicable, attached to the Administrative Expense Claims Bar Date Order so that such Administrative Expense Proof of Claim Form is actually received by the

Office of the Clerk of the United States Bankruptcy Court for the Middle District of North Carolina (the "Clerk's Office"), on or before the Administrative Expense Claims Bar Date, as set forth below. Administrative Expense Proof of Claim Forms may be sent by first class mail, overnight delivery, or via hand delivery, and must be sent/delivered to the following address:

Bankruptcy Clerk's Office
101 S. Edgeworth Street
Greensboro, NC 27401

Copies of the Administrative Expense Proof of Claim Forms will be available on the following website: www.donlinrecano.com/Clients/mmh/Static/administrativeexpense. Administrative Expense Proof of Claim Forms must be in the English language and denominated in lawful United States currency. Any person or entity that wishes to receive a time-stamped copy by return mail must include an additional copy of the Administrative Expense Proof of Claim Form and a self-addressed, postage-paid envelope.

Administrative Expense Claims will be deemed timely filed only if actually received by the Clerk's Office on or before the Administrative Expense Claims Bar Date. Further, the Clerk's Office is not authorized to accept any Administrative Expense Proof of Claim Forms sent by facsimile, telecopy, or e-mail, and such claims shall not be deemed filed and shall be disallowed and expunged, unless properly and timely filed as provided herein.

Any entity that fails to file an Administrative Expense Proof of Claim Form on account of an Administrative Expense Claim on or before the Administrative Expense Claims Bar Date in accordance with the Administrative Expense Claims Bar Date Order shall be forever barred, estopped, and enjoined from asserting an Administrative Expense Claim against the Debtor, its estate, its successor, or its property (and from filing a proof of claim with respect thereto) and any holder of such Administrative Expense Claim (i) shall not be entitled to any payment on account

of such alleged Administrative Expense Claim, (ii) shall not be permitted to participate in any distribution in this Chapter 11 Case or, in the event that this case is converted, in any case under Chapter 7, on account of such Administrative Expense Claim; and (iii) shall not be entitled to receive further notices regarding such Administrative Expense Claim. Furthermore, all such Administrative Expense Claims shall be disallowed and expunged in their entirety.

Copies of the Administrative Expense Claims Bar Date Order are available for inspection during regular business hours at the Office of the Clerk, United States Bankruptcy Court for the Middle District of North Carolina, 101 S. Edgeworth Street, Greensboro, North Carolina 27401. In addition, copies of the Administrative Expense Claims Bar Date Order may be viewed and downloaded for a fee at the Bankruptcy Court's website (http://www.ncmb.uscourts.gov) by following the directions for accessing the ECF system on such website.

The Debtor and/or any party in interest reserves the right to dispute or assert offsets or defenses against any filed Administrative Expense Claim on any grounds.

**RECIPIENTS OF THIS NOTICE SHOULD CONSULT AN ATTORNEY IF SUCH RECIPIENT HAS ANY QUESTIONS REGARDING ANY CLAIM IT MAY HAVE AGAINST THE DEBTOR, INCLUDING WHETHER SUCH RECIPIENT SHOULD FILE AN ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM TO PROTECT ITS INTERESTS.**

Dated: February 23, 2018.

**WALDREP LLP**

/s/ *Jennifer B. Lyday*

Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com
*Attorneys for the Debtor*

**EXHIBIT 1-A**

**SECTION 503(B)(9) PROOF OF CLAIM FORM**

| **UNITED STATES BANKRUPTCY COURT**<br>**MIDDLE DISTRICT OF NORTH CAROLINA** | | **503(b)(9) ADMINISTRATIVE EXPENSE CLAIM** |
|---|---|---|
| In re:<br>MOREHEAD MEMORIAL HOSPITAL,<br>Debtor. | Chapter 11<br><br>Case No. 17-10775 | **ADMINISTRATIVE BAR DATE:**<br>**MARCH 19, 2018, 4:00 P.M. (PREVAILING EASTERN TIME)** |
| NOTE: This form should be used only by claimants asserting an administrative expense claim arising under 11 U.S.C. § 503(b)(9). This form should not be used for any other types of claim. | | |
| Name of creditor:<br>(The person or other entity to whom the debtor owed money or property.) | Name of debtor:<br>(The entity owing money or property)<br>☐ Morehead Memorial Hospital | |
| Name and addresses where notices should be sent:<br><br>Telephone number:<br><br>Email: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if your address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| Last four digits of account or other number by which creditor identifies debtor: | ☐ Check this box if this claim amends a previously filed claim.<br>Claim number (if known): _____.<br>Filed on: __________. |
|---|---|
| 1. **Basis for claim:**<br>☐ Goods sold<br>☐ Services performed<br>☐ Other (describe briefly) | 2. **Date debt was incurred:** |
| 3. **Date goods were received by debtor:** | |
| 4. **Total amount of claim as of the date the debt was incurred:** _______________.<br><br>☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges. | |

5. **Brief description of claim (attach any additional information):**

Type(s) of goods received by debtor within twenty (20) days before the July 10, 2017 petition date:

Shipment date of goods:

Place of delivery of goods:

Method of delivery of goods:

Name of carrier of goods:

Value of goods:

Whether the value of goods listed in this claim relates to services and goods:

The percentage of value related to services and the percentage of value related to goods:

Whether claimant has filed any other claim against debtor relating to goods underlying this claim:

Attach supporting materials required by field 8 and instructions below.

6. **Credits, setoffs, and counterclaims:**
All payments made on this claim by the debtor have been credited and deducted from the amount claimed hereon.

☐ This claim is subject to setoff or counterclaim as follows:

7. **Assignment:**

☐ Check this box if claimant has obtained this claim by assignment and attached a copy of assignment.

8. **Supporting documents:** Attach **redacted** copies of supporting documents, such as promissory notes, purchaser orders, invoices, itemized statements of running accounts, or contracts.

All proofs of claim for 503(b)(9) claims must be accompanied by copies of: (i) the particular invoices, receipts, bills of lading, and similar materials identifying the goods underlying the claim; (ii) any demand to reclaim the goods under 11 U.S.C. § 546(c); and (iii) documents demonstrating the date the goods were actually received by the debtor.

Any claimant asserting a 503(b)(9) claim must certify that the goods were sold in the ordinary course of the debtor's business.

Do not send original documents. Attached documents may be destroyed after scanning. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9. **Date-stamped copy:** To receive an acknowledgement of the filing of your claim, submit a copy of your proof of claim in a self-addressed, stamped return envelope along with your original claim.

10. **Signature:**
Check the appropriate box.

- ☐ I am the creditor.
- ☐ I am the creditor's authorized agent.
- ☐ I am the trustee, or the debtor, or their authorized agent (see Bankruptcy Rule 3004).
- ☐ I am a guarantor, surety, indorser, or other codebtor (see Bankruptcy Rule 3005).

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name: ___________________________________
Title: ________________________________________
Company: _____________________________________ _____________________________________________
Address and telephone number (if different from notice address above): (Signature) (Date)

_____________________________________________
_____________________________________________
_____________________________________________
Telephone number: Email:

*Penalty for presenting a fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Definitions.**

**503(b)(9) Claim.**
A 503(b)(9) claim is a claim entitled to treatment in accordance with 11 U.S.C. § 503(b)(9). Specifically, 503(b)(9) claims are those claims for the "value of any goods received by the debtor, within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

**Administrative Bar Date.**
By order of the United States Bankruptcy Court for the Middle District of North Carolina, all claimants asserting administrative expense claims asserting priority pursuant to 11 U.S.C. §§ 503 and 507(a)(2) must be received by the Office of the Clerk of the United States Bankruptcy Court for the Middle District of North Carolina at the address set forth below by MARCH 19, 2018 AT 4:00 P.M. (PREVAILING EASTERN TIME).

**Administrative Expense Claim.**
An administrative expense claim is any claim asserting priority pursuant to 11 U.S.C. §§ 503 and 507(a)(2), including but not limited to (i) claims for goods and services provided to the debtors on or after the July 10, 2017 petition date otherwise unpaid and (ii) claims for the value of goods received by the debtors within 20 days before the petition date and meeting the other requirements of 11 U.S.C. § 503(b)(9) and which claim is otherwise unpaid.

**Claim.**
A claim is the creditor's right to receive payment for a debt owed by the debtor as defined in 11 U.S.C. § 101(5).

**Creditor.**
A creditor is a person, corporation, or other entity to whom the debtor owes a debt.

**Debtor.**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Proof of Claim.**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor. The creditor must file the form with the claims agent retained in this case as provided below.

**Redacted.**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of healthcare goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential healthcare information.

**General instructions and filing instructions.**

1. Please read this proof of claim form carefully and fill it in completely and accurately.

2. Print legibly. Your claim may be disallowed if it cannot be read or understood.

3. The proof of claim form must be completed in English. The amount of the claim must be denominated in United States currency.

4. Attach additional pages if more space is required to complete the proof of claim.

5. This form should only be used by claimants asserting administrative expense claims arising under 11 U.S.C. § 503(b)(9). All other administrative expense claims must be asserted on a separate form.

6. All proofs of claim for 503(b)(9) claims must set forth with specificity: (i) the amount of the claim; (ii) the type(s) of goods claimant asserts were received by the debtor within twenty (20) days before the July 10, 2017 petition date; (iii) the shipment date of the goods; (iv) the date on which the claimant asserts the relevant debtor received the goods; (v) the place of delivery of the goods; (vi) the method of delivery of the goods; (vii) the name of the carrier of the goods; (viii) the alleged value of the goods; (ix) whether the value of the goods listed in the proof of claim represents a combination of services and goods; (x) the percentage of value related to services and the percentage of value related to goods; and (xi) whether the claimant has filed any other claim against the debtor regard the goods underlying this claim.

In addition, all proofs of claim for 503(b)(9) claims must be accompanied by copies of (x) the particular invoices, receipts, bills of lading, and similar materials identifying the goods underlying the claim; (y) any demand to reclaim the goods under 11 U.S.C. § 546(c); and (z) documents demonstrating the date the goods were actually received by the debtor.

Any claimant asserting a 503(b)(9) claim must certify that the goods were sold in the ordinary course of the debtor's business.

7. To be deemed properly filed, this proof of claim must contain an original signature and must be filed so as to be actually received on or before the MARCH 19, 2018 AT 4:00 P.M. (PREVAILING EASTERN TIME) administrative bar date via First Class mail, overnight courier service, or hand delivery at the following address:

Office of the Clerk of the United States Bankruptcy Court
for the Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

**Items to be completed in proof of claim form.**

**Creditor's name and address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Debtor's name:**
Check the box next to the debtor from whom the debt is owed.

**Account or other number by which creditor identifies debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

1. **Basis for claim:**
State the type of debt or how it was incurred. Examples include goods sold and services performed. If the claim is based on delivering healthcare goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential healthcare information. You may be required to provide additional disclosure if an interested party objects to the claim.

2. **Date debt was incurred:**
State the date or dates on which the debt was incurred.

3. **Date goods received by debtor:**
State the date or dates on which the goods underlying the claim were received by the debtor.

4. **Total amount of claim as of the date the debt was incurred:**
State the total amount owed to the creditor on the date or dates on which the debt was incurred. Check the box if interest or other charges are included in the claim.

5. **Brief description of claim (attach any additional information):**
Briefly describe the nature of the claim and attach any additional relevant information. Claimants must provide all requested information, including (i) the amount of the claim; (ii) the type(s) of goods claimant asserts were received by the debtor within twenty (20) days before the July 10, 2017 petition date; (iii) the shipment date of the goods; (iv) the date on which the claimant asserts the relevant debtor received the goods; (v) the place of delivery of the goods; (vi) the method of delivery of the goods; (vii) the name of the carrier of the goods; (viii) the alleged value of the goods; (ix) whether the value of the goods listed in the proof of claim represents a combination of services and goods; (x) the percentage of value related to services and the percentage of value related to goods; and (xi) whether the claimant has filed any other claim against the debtor regard the goods underlying this claim.

6. **Credits, setoffs, and counterclaims:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. If claim is subject to setoff or counterclaim, check box and provide an explanation.

7. **Assignment:**
Check box and include copy of assignment if claimant obtained claim by way of assignment.

8. **Supporting documents:**
Attach redacted copies of any documents that show the debt exists. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If claim is based on delivering healthcare goods or services, limit disclosing confidential healthcare information. Do not send original documents, as attachments may be destroyed after scanning. If the documents are not available, provide explanation. If the documents are voluminous, attach a summary.

Claimants must provide all requested supporting documentation, including: copies of (x) the particular invoices, receipts, bills of lading, and similar materials identifying the goods underlying the claim; (y) any demand to reclaim the goods under 11 U.S.C. § 546(c); and (z) documents demonstrating the date the goods were actually received by the debtor.

Claimants must certify that the goods were sold in the ordinary course of the debtor's business.

9. **Date-stamped copy:**
If the claimant wishes to receive an acknowledgement of the filing of the claim, submit a copy of the proof of claim in a self-addressed, stamped return envelope along with the original claim

10. **Date and signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). If your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for the purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

EXHIBIT 1-B

# GENERAL ADMINISTRATIVE PRIORITY PROOF OF CLAIM FORM

<table>
<tr><td colspan="3">UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA</td><td>ADMINISTRATIVE PROOF OF CLAIM</td></tr>
<tr><td colspan="2">In re:<br>MOREHEAD MEMORIAL HOSPITAL,<br>Debtor.</td><td>Chapter 11<br><br>Case No. 17-10775</td><td rowspan="5">ADMINISTRATIVE BAR DATE:<br>MARCH 19, 2018, 4:00 P.M. (PREVAILING EASTERN TIME)<br><br>THIS SPACE IS FOR COURT USE ONLY</td></tr>
<tr><td colspan="3">NOTE: This form should be used only by claimants asserting an administrative expense claim asserting priority pursuant to 11 U.S.C. §§ 503 and 507(a)(2) other than claims arising under 11 U.S.C. § 503(b)(9), which must be asserted on a separate form. This form should not be used for any other types of claim.</td></tr>
<tr><td>Name of creditor:<br>(The person or other entity to whom the debtor owed money or property.)</td><td colspan="2">Name of debtor:<br>(The entity owing money or property)<br>☐ Morehead Memorial Hospital</td></tr>
<tr><td>Name and addresses where notices should be sent:<br><br>Telephone number:<br><br>Email:</td><td colspan="2">☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if your address differs from the address on the envelope sent to you by the court.</td></tr>
</table>

<table>
<tr><td>Last four digits of account or other number by which creditor identifies debtor:</td><td>☐ Check this box if this claim amends a previously filed claim.<br>Claim number (if known): _____.<br>Filed on: ___________.</td></tr>
<tr><td>1. Basis for claim:<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other (describe briefly)</td><td>☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries and compensation (fill out below)<br><br>Provide last four digits of your social security number _____.<br><br>Unpaid compensation for services performed from __________ (date) to __________ (date).</td></tr>
<tr><td>2. Date debt was incurred:</td><td>3. If court judgment, date obtained:</td></tr>
<tr><td colspan="2">4. Total amount of claim as of the date the debt was incurred: _______________.<br><br>☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.</td></tr>
</table>

5. **Brief description of claim (attach any additional information):**

6. **Credits, setoffs, and counterclaims:**
All payments made on this claim by the debtor have been credited and deducted from the amount claimed hereon.

☐ This claim is subject to setoff or counterclaim as follows:

7. **Assignment:**
☐ Check this box if claimant has obtained this claim by assignment and attached a copy of assignment.

8. **Supporting documents:** Attach **redacted** copies of supporting documents, such as promissory notes, purchaser orders, invoices, itemized statements of running accounts, contracts, or judgments.

Do not send original documents. Attached documents may be destroyed after scanning. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9. **Date-stamped copy:** To receive an acknowledgement of the filing of your claim, submit a copy of your proof of claim in a self-addressed, stamped return envelope along with your original claim.

10. **Signature:**
Check the appropriate box.

☐ I am the creditor.

☐ I am the creditor's authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent (see Bankruptcy Rule 3004).

☐ I am a guarantor, surety, indorser, or other codebtor (see Bankruptcy Rule 3005).

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name: ______________________________
Title: ______________________________
Company: ______________________________ ______________________________
Address and telephone number (if different from notice address above): (Signature) (Date)

______________________________
______________________________
______________________________
Telephone number: Email:

*Penalty for presenting a fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Definitions.**

**503(b)(9) Claim.**
A 503(b)(9) claim is a claim entitled to treatment in accordance with 11 U.S.C. § 503(b)(9). Specifically, 503(b)(9) claims are those claims for the "value of any goods received by the debtor, within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

**Administrative Bar Date.**
By order of the United States Bankruptcy Court for the Middle District of North Carolina, all claimants asserting administrative expense claims asserting priority pursuant to 11 U.S.C. §§ 503 and 507(a)(2) must be received by the Office of the Clerk of the United States Bankruptcy Court for the Middle District of North Carolina at the address

set forth below by **MARCH 19, 2018 AT 4:00 P.M. (PREVAILING EASTERN TIME)**.

**Administrative Expense Claim.**
An administrative expense claim is any claim asserting priority pursuant to 11 U.S.C. §§ 503 and 507(a)(2), including but not limited to (i) claims for goods and services provided to the debtors on or after the July 10, 2017 petition date otherwise unpaid and (ii) claims for the value of goods received by the debtors within 20 days before the petition date and meeting the other requirements of 11 U.S.C. § 503(b)(9) and which claim is otherwise unpaid.

**Claim.**
A claim is the creditor's right to receive payment for a debt owed by the debtor as defined in 11 U.S.C. § 101(5).

**Creditor.**
A creditor is a person, corporation, or other entity to whom the debtor owes a debt.

**Debtor.**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Proof of Claim.**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor. The creditor must file the form with the claims agent retained in this case as provided below.

**Redacted.**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of healthcare goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential healthcare information.

**General instructions and filing instructions.**

1. Please read this proof of claim form carefully and fill it in completely and accurately.

2. Print legibly. Your claim may be disallowed if it cannot be read or understood.

3. The proof of claim form must be completed in English. The amount of the claim must be denominated in United States currency.

4. Attach additional pages if more space is required to complete the proof of claim.

5. This form should only be used by claimants asserting administrative expense claims that are not 503(b)(9) claims. 503(b)(9) claims must be asserted on a separate form.

6. To be deemed properly filed, this proof of claim must contain an original signature and must be filed so as to be actually received on or before the **MARCH 19, 2018 AT 4:00 P.M. (PREVAILING EASTERN TIME)** administrative bar date via First Class mail, overnight courier service, or hand delivery at the following address:

Office of the Clerk of the United States Bankruptcy Court
for the Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

**Items to be completed in proof of claim form.**

**Creditor's name and address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Account or other number by which creditor identifies debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

1. **Basis for claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, and personal injury/wrongful death. If the claim is based on delivering healthcare goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential healthcare information. You may be required to provide additional disclosure if an interested party objects to the claim.

2. **Date debt was incurred:**
State the date or dates on which the debt was incurred.

3. **If court judgment, date obtained:**
State the date on which any court judgment on which the claim is based was obtained.

4. **Total amount of claim as of the date the debt was incurred:**
State the total amount owed to the creditor on the date or dates on which the debt was incurred. Check the box if interest or other charges are included in the claim.

5. **Brief description of claim (attach any additional information):**
Briefly describe the nature of the claim and attach any additional relevant information.

6. **Credits, setoffs, and counterclaims:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. If claim is subject to setoff or counterclaim, check box and provide an explanation.

7. **Assignment:**
Check box and include copy of assignment if claimant obtained claim by way of assignment.

8. **Supporting documents:**
Attach redacted copies of any documents that show the debt exists. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If claim is based on delivering healthcare goods or services, limit disclosing confidential healthcare information. Do not send original documents, as attachments may be destroyed after scanning. If the documents are not available, provide explanation. If the documents are voluminous, attach a summary.

9. **Date-stamped copy:**
If the claimant wishes to receive an acknowledgement of the filing of the claim, submit a copy of the proof of claim in a self-addressed, stamped return envelope along with the original claim

10. **Date and signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). If your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for the purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.