**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 17-10775** |
| **MOREHEAD MEMORIAL HOSPITAL,** | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |
| | ) | |

**SECOND NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
**ASSUMED AND ASSIGNED OR REJECTED**

**PLEASE TAKE NOTICE** that on November 30, 2017, the United States Bankruptcy

Court for the Middle District of North Carolina, Greensboro Division (the "Court"), entered an

Order (A) Authorizing and Approving the Sale of Assets Free and Clear of All Liens, Claims,

Encumbrances, and Other Interests, (B) Approving the Asset Purchase Agreement, and (C)

Granting Related Relief (the "Sale Order") [Dkt. No. 445]. The Sale Order, which among other

things authorized and approved the sale (the "Sale") of substantially all the Debtor's assets to the

University of North Carolina Health Care System ("UNC"), requires the Debtor to file and serve

notices listing both (1) the executory contracts and unexpired leases assumed by the Debtor and

assigned to UNC (the "Assumed Executory Contracts") and (2) the executory contracts and

unexpired leases to be rejected by the Debtor (the "Rejected Executory Contracts") as it is

notified by UNC of its assignment decisions.

**PLEASE TAKE FURTHER NOTICE** that the closing date of the Sale was January 1,

2018.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit A** attached hereto includes a list of

additional Assumed Executory Contracts (assumption effective as of March 1, 2018) and

additional Rejected Executory Contracts (rejection effective as of March 1, 2018), as indicated.

**PLEASE TAKE FURTHER NOTICE** that any proof of claim asserting damages arising from the rejection of the Rejected Executory Contracts shall be filed with the Court and served on the Debtor and the Official Committee of Unsecured Creditors no later than thirty (30) days after the date of this Notice (the "Rejection Damages Bar Date").  For the avoidance of doubt, the Rejection Damages Bar Date is **April 13, 2018**.  Any rejection damages claim filed after April 13, 2018 shall be forever barred and be deemed disallowed without further order of the Court.

Respectfully submitted, this the 14th day of March, 2018.

**WALDREP LLP**

/s/ *Jennifer B. Lyday*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

*Attorneys for the Debtor*

# EXHIBIT A

| NAME OF COUNTERPARTY TO CONTRACT/LEASE | TITLE OF CONTRACT/LEASE | TYPE OF CONTRACT/LEASE | ASSIGNMENT DECISION | AGREED UPON CURE AMOUNT |
|---|---|---|---|---|
| 3M Health Information Systems | Software License and Services Agreement | License Fee for Use Of 3M Coding Products; Medical Necessity & Chargemaster | Assume as modified | $0.00 |
| Accelerated Care Plus / Acp | Equipment Lease | Omnicycle Portable Printer Lease - Nursing Home | Reject | N/A |
| Add Dr. O'Toole to MNS | | | Reject | N/A |
| Agfa Healthcare | Service/Maintenance Agreement | Cardiopulmonary Equipment | Assume as modified | $0.00 |
| Agfa Healthcare | Healthcare Corporation Agreement | Cardiopulmonary 2010-2014 | Assume as modified | $0.00 |
| Aldrete Score, Inc. | License Agreement | Anesthesiology Post Op Scoring | Assume as modified | $0.00 |
| American Cath Corp. | | | Reject | N/A |
| American Health Tech | | | Assume as modified | $0.00 |
| American Healthtech | Software License Agreement | License Certain AHT Programs | Assume as modified | $0.00 |
| American Med Sys | | | Reject | N/A |
| Anderson and Associates | | | Reject | N/A |
| Andover Healthcare | | | Reject | N/A |
| Armstrong Med | | | Reject | N/A |
| Arthrocare | | | Reject | N/A |
| Aug 2017 ECW Locums | | | Reject | N/A |
| Aurora Diagnostics | Business Associate Agreement | | Assume | $0.00 |
| Beaver Visitec | | | Reject | N/A |
| Beekley | | | Reject | N/A |
| Benefitt Consulting | | | Reject | N/A |
| Biomerieux Inc | | | Reject | N/A |
| Biomet | | | Reject | N/A |
| Blue Elm Company LLC | Drauditor Software License & Maintenance Agreement | Software License | Assume as modified | $0.00 |
| Blue Elm Company LLC | Business Associate Agreement | Service Agreement | Assume as modified | $0.00 |
| Burdine, Steven MD | Physician Employment Agreement | Employment Agreement | Assume | $0.00 |
| Canopy Partners Inc | Business Associate Agreement | | Assume as modified | $0.00 |
| Canopy Partners Inc | | | Assume as modified | $0.00 |
| CDW Government | License Agreement | Hp 1 Y Abs Dds Prem | Reject | N/A |
| Century Link (Internet Services) | | | Reject | N/A |
| Century Link (Telecom Services) | | | Reject | N/A |
| CenturyLink Sales Solutions, Inc. | CenturyLink Custom Cover Agreement | Service Agreement | Reject | N/A |

| | | | | |
|---|---|---|---|---|
| Clinical Innovations | | | Reject | N/A |
| CNF | | | Reject | N/A |
| Code Correct Contract | | | Reject | N/A |
| College of American Pathologist | Business Associate Agreement | Service Agreement | Assume | $0.00 |
| Community Care Physician Network | | | Assume | $0.00 |
| Contour Fabrications | | | Reject | N/A |
| Cross Country Staffing | | | Reject | N/A |
| Data Migration from MHC to FPE | | | Reject | N/A |
| Database Solutions Inc | Accureg Software License and Service Agreement | License to Use Accureg System | Assume as modified | $0.00 |
| Depuy Synthes | | | Reject | N/A |
| Diagnostic Stago, Inc. | Service Agreement | | Reject | N/A |
| Diagnostic Stago, Inc. | Reagant Contract | | Reject | N/A |
| Drfirst Epcs License | Service Agreement | Elec Prescription Id Mgmt | Assume as modified | $0.00 |
| Drfirst.Com, Inc. | Master Agreement | Service Agreement | Assume as modified | $0.00 |
| Drfirst.Com, Inc. | Business Associate Agreement | | Assume as modified | $0.00 |
| Eastern Rail | | | Reject | N/A |
| Eaton Corporation | Maintenance Agreement | Ups Maintenance | Reject | N/A |
| eClinical Works | | Pain Management Center | Assume as modified | $0.00 |
| eClinical Works | | Student Health Center | Assume as modified | $0.00 |
| eClinical Works | | Neurology Associates | Assume as modified | $0.00 |
| eClinical Works | | Orthopaedic Center | Assume as modified | $0.00 |
| eClinical Works | | Morehead Urgent Care West | Assume as modified | $0.00 |
| eClinical Works | | Urgent Care West | Assume as modified | $0.00 |
| eClinical Works | | Hospitalist | Assume as modified | $0.00 |
| eClinical Works | | IS, Practices, EMR for MUA | Assume as modified | $0.00 |
| eClinical Works | | Matthews Health Ctr Agreement | Assume as modified | $0.00 |
| eClinical Works | | Morehead ENT | Assume as modified | $0.00 |
| eClinical Works | | MUA | Assume as modified | $0.00 |
| eClinical Works | | Hospitalist | Assume as modified | $0.00 |
| eClinical Works | | | Assume as modified | $0.00 |
| eClinical Works | Initial Contract | Family Practice of Eden | Assume as modified | $0.00 |
| eClinical Works | | Morehead Digestive Health  Contract | Assume as modified | $0.00 |
| eClinical Works | Initial Contract | Morehead ENT Associates | Assume as modified | $0.00 |
| eClinical Works | Initial Contract | Morehead Neurospine | Assume as modified | $0.00 |
| eClinical Works | Initial Contract | Piedmont Surgical Associates | Assume as modified | $0.00 |
| eClinical Works | Initial Contract | Women's Health Centre | Assume as modified | $0.00 |
| eClinical Works | Initial Contract | Morehead Urology Associates | Assume as modified | $0.00 |
| eClinical Works | | Case #2574924 | Reject | N/A |

| | | | | |
|---|---|---|---|---|
| eClinical Works | | Dr. Mutch - Morehead Urgent Care West | Reject | N/A |
| eClinical Works | | Hospitalist - Remove Harduk | Reject | N/A |
| eClinical Works | | Urgent Care - Angel Jones Locum | Reject | N/A |
| eClinical Works | | Urgent Care West - Remove Providers 7/31/15 | Reject | N/A |
| eClinical Works | | Family Practice of Eden - remove code correct | Reject | N/A |
| eClinical Works | | FPE - Kelly Erskine, NP | Reject | N/A |
| eClinical Works | | HOS-PATH-MDH | Reject | N/A |
| eClinical Works | | IS, Practices, Agreement for 2 way data flow PO# 126227 | Reject | N/A |
| eClinical Works | | Morehead Urgent Care for Dr. Prasad | Reject | N/A |
| eClinical Works | | Morehead Urgent Care West - Stringfield LOCUM 6-5-15 | Reject | N/A |
| eClinical Works | | Urgent Care West Dr. Cheek | Reject | N/A |
| eClinical Works | | WHC - Kelly Erskine | Reject | N/A |
| eClinical Works | | Neurospine and Pain MGmt - Remove O'Toole | Reject | N/A |
| eClinical Works | | Patient Ed Physician Practices | Reject | N/A |
| eClinical Works | PQRS Agreement | | Reject | N/A |
| eClinical Works | | IS, Practices MOC EMR Agreement | Reject | N/A |
| eClinical Works | | Cheek locum Oct 2016 | Reject | N/A |
| eClinical Works | | MOC Remove Dr. Edwards | Reject | N/A |
| eClinical Works | MIPS-MACRA Agreement | | Reject | N/A |
| Ecolab Food Safety Specialties | | | Reject | N/A |
| eCW - UCW | | Cheek Locum Oct 2015 | Reject | N/A |
| eCW - UCW | | Cheek Locum Sept 2016 | Reject | N/A |
| eCW - UCW | | Proffitt Locum Oct 2016 | Reject | N/A |
| eCW - UCW | | Locums Jan 2017 (Part 2) | Reject | N/A |
| eCW - UCW | | Locums Dec 2016 | Reject | N/A |
| eCW - UCW | | Locums Oct-Nov 2016 | Reject | N/A |
| eCW - UCW | | Proffitt update Oct 2016 | Reject | N/A |
| Eden's Own | | | Reject | N/A |
| Experian /Passport Health Commu | Customer Agreement | Vpn Connection to Medicare Shared System | Reject | N/A |
| Fast Chart, Inc. | Fast Chart, Inc. Transcription Services Agreement | Back-Up Transcription Services | Reject | N/A |
| Forrestgate Associates, LLC | | | Reject | N/A |
| FPE ECW PCMH | Agreement | | Reject | N/A |
| FPE ECW PCMH | Agreement | Cancellation Addendum | Reject | N/A |
| FPE ECW PCMH | Agreement | Updated 07/25/17 | Reject | N/A |
| Fujutsu Service Agreement | | | Reject | N/A |
| Gerard Surgical Services | | | Reject | N/A |

| | | | | |
|---|---|---|---|---|
| Health Care Logistics | | | Reject | N/A |
| Health Information Associates, Inc. | Services Agreement | Coding Services | Assume as modified | $0.00 |
| Healthcare Staffing Services | Application For Approved Vendor Status & Supplemental Staffing Agreement | Agency Staffing | Reject | N/A |
| Healthcaresource HR | | Netlearning Software License Agreement and Maintenance & Support Agreement | Reject | N/A |
| Hospital Portal Net | Maintenance Agreement | Portal Maintenance | Assume as modified | $0.00 |
| HPP Urgent Care | Locum Agreement | | Assume | $0.00 |
| Iatric Systems, Inc. | Addendum to Software - Custom Epic Beacon Programming | License Agreement | Assume as modified | $0.00 |
| Iatric Systems, Inc. | Addendum to Software Product Master License Agreement Business Terms | License Agreement | Assume as modified | $0.00 |
| Iatric Systems, Inc. | Master License Agreement Business Terms | License Agreement | Assume as modified | $0.00 |
| Iatric Systems, Inc. | MNO Custom Programming of POI | License Agreement | Assume as modified | $0.00 |
| Iatric Systems, Inc. | | (IS, Practices PO# 126224) | Assume as modified | $0.00 |
| Iatric Systems, Inc. | | Syndromic Surveillance Interface Addendum - 122314 | Assume as modified | $0.00 |
| Iatric Systems, Inc. | | MMH NC L&MA OV Pays Reimp POI Fwd Agnt for Premier Peds | Assume as modified | $0.00 |
| Itamar | Watch Pat Ayce Rental Agreement | Watchpat Kit & Accessories | Reject | N/A |
| It's Never 2 Late | License Agreement | Licenses | Reject | N/A |
| Karl Storz | Service Agreement | 40004026 | Assume as modified | $0.00 |
| Karl Storz | Service Agreement | Endoscopy | Reject | N/A |
| Karl Storz | Maintenance Agreement | Cameras | Reject | N/A |
| Kepro | | Quality Review | Reject | N/A |
| Landmark Solutions, Inc. | Business Associate Agreement | | Assume | $0.00 |
| Landmark Solutions, Inc. | Business Associate Agreement | | Assume | $0.00 |
| Lawson, Mark CRNA | | | Assume | $0.00 |
| Legacy Healthcare Services, Inc. | Contract for Therapy Services | Service Agreement | Assume as modified | $0.00 |
| Leidos | Work Order Agreement | | Reject | N/A |
| Liberty Home Care, LLC | Nursing Facility Hospice Services Agreement | Nursing Facility Hospice Services Agreement | Assume | $0.00 |
| Life Spine | | | Reject | N/A |
| MACRA | | Remove Providers | Reject | N/A |
| MACRA | | Update - Add - Remove | Reject | N/A |

| | | | | |
|---|---|---|---|---|
| McKesson Health Solutions LLC | Contract Supplement | Contract Supplement to License Agreement #6111 | Reject | N/A |
| MEA | | Disable Messenger | Reject | N/A |
| MEA | | PM Only | Reject | N/A |
| Medela | Service Agreement | Pump Rental | Reject | N/A |
| Medical Action | | | Reject | N/A |
| Medical Information Technology, Inc. (Meditech) | Software Contract | Software and Related Services | Assume as modified | $0.00 |
| Medical Information Technology, Inc. (Meditech) | Contract | 837 Claim File Interface | Assume as modified | $0.00 |
| Medical Information Technology, Inc. (Meditech) | CCD | Exchange Suite, Immunizations, Lab and Path Reporting | Assume as modified | $0.00 |
| Medical Information Technology, Inc. (Meditech) | Business Associate Agreement | | Reject | N/A |
| Medisolv, Inc. | Medisolv Software License Agreement | Support Agreement | Assume as modified | $0.00 |
| Medisolv, Inc. | Medisolv Software License Agreement | Encor | Assume as modified | $0.00 |
| Medisolv, Inc. | Medisolv Software License Agreement | Encor 2014 Reporting Amendment | Assume as modified | $0.00 |
| Medplus / Chartmaxx | Service and Support Terms and Conditions Chartmaxx Electronic Patient Record System | Maintenance, Enhancement and Support for Chartmaxx Software | Assume as modified | $0.00 |
| Medplus Inc. | Cardiology Interface Specifications | Epiphany Cardiology Interface | Assume as modified | $0.00 |
| Medplus Inc. | Software License/Service Agreement | Software License/Service Agreement | Assume as modified | $0.00 |
| Medplus, Inc. | Service and Support Terms and Conditions | Service Agreement | Assume as modified | $0.00 |
| MHC ECW Remove Jones | | | Reject | N/A |
| Micro Focus | License Agreement | Rumba Software | Assume as modified | $0.00 |
| Microsoft | Agreement | Change of Software Advisor | Reject | N/A |
| Microsoft | Agreement | Products and Services Agreement | Reject | N/A |
| Microsoft | Agreement | Products and Services Agreement - Registration | Reject | N/A |
| Microsoft | License Agreement | Volume | Reject | N/A |
| Microtek | | | Reject | N/A |
| MNS | | Add Marshall | Reject | N/A |
| MNS | | Marshall updated | Reject | N/A |
| Morehead Urgent Care - West | | | Reject | N/A |

| | | | | |
|---|---|---|---|---|
| Morehead Urgent Care - West | | | Reject | N/A |
| Morehead Urgent Care - West | | Cheek | Reject | N/A |
| MSDS On-Line | License Agreement | Reference Software | Assume as modified | $0.00 |
| NC Quality Center Patient Safety Organization | | | Assume | $0.00 |
| NCDHHS | Vaccine For Children (VFC) Agreement 2016 | | Assume | $0.00 |
| NCDHHS Office of Rural Health and Community Care | | | Assume | $0.00 |
| NCDHHS Office of Rural Health and Community Care | | Amendment | Assume | $0.00 |
| NCHA | Mutual Aid Agreement | | Assume | $0.00 |
| NCHESS-IMC | Hospital Participation Agreement | | Assume as modified | $0.00 |
| NCTN (North Carolina Telehealth Network) (Cabarrus Health Alliance) - Subscription Agreement - 092111 | | | Reject | N/A |
| NextGen Healthcare | Mirth Appliance Renewal 2017 | Mirth Interface Engine | Assume as modified | $0.00 |
| Novant Health - Oncology Center | | | Reject | N/A |
| Novant Health Master Blood Services Agreement - Addendum #5 Attachment A | | | Reject | N/A |
| NuVasive Inc. | Pricing Agreement | Contractual Product Pricing | Reject | N/A |
| Orme, Heidi CRNA | | | Assume | $0.00 |
| Otis Elevator | | | Reject | N/A |
| Parts Source | | | Reject | N/A |
| PCI Medical | | | Reject | N/A |
| Peak Health Solutions, Inc. | General Services Agreement | Back-Up Coding Services | Reject | N/A |
| Pem Filings LLC | | Third Party Authorization | Assume as modified | $0.00 |
| PEM RHC | Agreement and LOA | | Assume as modified | $0.00 |
| PMC | | Remove Marshall | Reject | N/A |
| PMC | | Add Marshall | Reject | N/A |
| PMC | | PM Only | Reject | N/A |
| PQRS | | Remove Providers | Reject | N/A |
| Preferred Medical Marketing Corp | Retrospective Lost Revenue Assessment & Recovery Engagement | | Reject | N/A |
| Prevention Partners | Agreement | | Reject | N/A |
| PSA ECW | | Locums 1016-1/17 | Reject | N/A |

| | | | | |
|---|---|---|---|---|
| PSA ECW | | Remove Beacham License | Reject | N/A |
| Radio Communications Comp (RCC) | Service Agreement | Viper and MedCom | Reject | N/A |
| Ray, Judith CRNA | | | Assume | $0.00 |
| RCS Paging | Business Associate Agreement | | Reject | N/A |
| ResMed Sleep & Ventilation Program (RSVP) | | | Reject | N/A |
| Roberts, Kathie, MNC | | Beautician | Reject | N/A |
| Robillard, Nan CRNA | | | Assume | $0.00 |
| Rockingham County Health Department | | Ancillary Services Lab, Rad | Reject | N/A |
| Rockingham County Health Department | | Updated Fee Schedule | Reject | N/A |
| Service Express, Inc. | | | Assume as modified | $0.00 |
| Shein, Henry | | | Reject | N/A |
| Shi International Corp | License Agreement | Window VDI License | Reject | N/A |
| Sirius Computer Solutions | License Agreement | Vmware | Assume as modified | $0.00 |
| Sklar | | | Reject | N/A |
| Sleep Lab | Business Associate Agreement | | Reject | N/A |
| Sleep Lab | | Medical Director | Reject | N/A |
| Smiths Medical | | | Reject | N/A |
| Smiths Medical | PCA | Syr Pumps | Reject | N/A |
| Sophisticated Software, Inc. | Insurance Claims Processing Agent | Insurance Claims Processing Agent | Assume as modified | $0.00 |
| Split MNS-PMC Database | | | Reject | N/A |
| Stryker Instrument Sale Corp | Product Service Plan Agreement | Service Agreement | Reject | N/A |
| Stryker Spine | | | Reject | N/A |
| Summit Healthcare Services, Inc. | Software Contract | Licensing Agreement | Assume as modified | $0.00 |
| Synthes Ortho | | | Reject | N/A |
| The Claro Group, LLC | | | Assume as modified | $0.00 |
| The Claro Group, LLC | License Agreement | Cloverleaf Integration Svcs Production License | Assume as modified | $0.00 |
| The Claro Group, LLC | License Agreement for Cdr2 Software | Software Usage / License | Assume as modified | $0.00 |
| The Ultimate Software Group Inc | | | Assume as modified | $0.00 |
| The Ultimate Software Group, Inc. | Saas Model Agreement | Service Agreement | Assume as modified | $0.00 |
| Theracom Inc | | | Reject | N/A |
| Time Warner Cable | | Business Class Customer Service order - Order #3786708 | Assume as modified | $0.00 |

| | | | | |
|---|---|---|---|---|
| Time Warner Cable | Business Associate Agreement | | Assume as modified | $0.00 |
| Time Warner Cable - Morehead Urgent Care - West | | | Assume as modified | $0.00 |
| Time Warner Cable Metro Ethernet for Outpatient Rehab | | | Assume as modified | $0.00 |
| Track Trace Rx, Inc. | Tracktracerx License Agreement | Transitional Data Portal and Maintenance | Assume as modified | $0.00 |
| Triangle Compounding Pharmacy | | | Reject | N/A |
| Tri-Anim | | | Reject | N/A |
| UA Medical | | | Reject | N/A |
| UCW | | Proffitt Locum 111116 | Reject | N/A |
| UCW | | (Add Angel Jones PT) | Reject | N/A |
| UCW | | Cheek Locum Nov-Dec 2016 | Reject | N/A |
| UCW | | Locum Stringfield Oct 2016 | Reject | N/A |
| UCW | | Remove Mutch | Reject | N/A |
| UCW ECW | | Locum Remove Salahuddin 041317 | Reject | N/A |
| UCW ECW | | Add Salahuddin 090517-090617 | Reject | N/A |
| UCW ECW | | Add Stringfield 090917 | Reject | N/A |
| UCW ECW | | April 2017 Locums | Reject | N/A |
| UCW ECW | | Butler Supervising Provider | Reject | N/A |
| UCW ECW | | Jan 2017 Locums | Reject | N/A |
| UCW ECW | | Locum - Dr. Asres 031817 | Reject | N/A |
| UCW ECW | | Locum - Oxford 0517 | Reject | N/A |
| UCW ECW | | Locum 012316 | Reject | N/A |
| UCW ECW | | Locum Add Proffitt 041317 | Reject | N/A |
| UCW ECW | | Locum Remove Salahuddin 031817 | Reject | N/A |
| UCW ECW | | Locums May-June 2017 | Reject | N/A |
| UCW ECW | | Locums Sept 2017 | Reject | N/A |
| UCW ECW | | March 2017 Locums | Reject | N/A |
| UCW ECW | | Remove Jones | Reject | N/A |
| UCW ECW | | Remove Stringfield | Reject | N/A |
| UCW ECW | | Work Order Credit for Remote Training | Reject | N/A |
| UltiPro | | Affordable Care Act Services Supplement | Assume as modified | $0.00 |
| University Of North Carolina At Greensboro School of Health and Human Sciences, Department of Nutrition | Clinical Education Affiliation Agreement | Clinical Student Internship | Reject | N/A |
| University Of North Carolina At Greensboro School of Nursing | Clinical Education Affiliation Agreement | Clinical Student Internship | Reject | N/A |
| US Endo | | | Reject | N/A |

| | | | | |
|---|---|---|---|---|
| Utah Medical Women's | | | Reject | N/A |
| Vidacare | | | Reject | N/A |
| Viscot Medical | | | Reject | N/A |
| Wake Health Link | Business Associate Agreement | Orthaeopedic Center | Reject | N/A |
| WorldPay | Customer Processing Agreement | | Reject | N/A |
| Xpedx | | | Reject | N/A |
| Zimmer Us, Inc | Product Purchase Agreement | Purchase Agreement | Reject | N/A |