UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

IN RE:

**MOREHEAD MEMORIAL HOSPITAL,**           **CASE NO. 17-10775**
                                          **CHAPTER 11**
    **DEBTOR.**

## NOTICE OF OPPORTUNITY FOR HEARING

PLEASE TAKE NOTICE that Scott B. Davis, in his capacity as Liquidating Trustee (the "Trustee") of the estate of Morehead Memorial Hospital ("Morehead" or Debtor"), by and through undersigned counsel, has filed an Objection to Administrative Claim of Aramark Healthcare Technologies, LLC(the "Objection").

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Objection. You should read the Objection carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that in order for a hearing to be held on the Objection, written responses, if any, must be filed on or before **March 13, 2019** (the "Response Deadline") in order to be considered. If you do not want the Court to grant the relief requested in the Objection, or if you oppose it in any way, you MUST:

(1)    File a formal, written a response with the Bankruptcy Court at:

    Clerk, United States Bankruptcy Court
    Middle District of North Carolina
    P.O. Box 26100
    Greensboro, NC 27402-6100

(2)    Serve a copy of your response on all parties in interest, including:

    William P. Miller
    U.S. Bankruptcy Administrator
    101 South Edgeworth Street
    Greensboro, NC 27401

    Terri L. Gardner
    Nelson Mullins Riley & Scarborough LLP
    4140 Parklake Avenue, Suite 200
    Raleigh, NC 27612

PLEASE TAKE FURTHER NOTICE that IF RESPONSES ARE TIMELY FILED, a hearing on the Objection will be held on **March 26, 2019** at **9:30 a.m.** in Courtroom 1, Second Floor, 101 S. Edgeworth Street, Greensboro, North Carolina.

PLEASE TAKE FURTHER NOTICE that, if you or your attorney do not file a written response to the Objection on or before the Response Deadline, the Court may grant the relief requested in the Objection without a hearing. No further notice will be given.

Claimants are urged to contact Terri Gardner if additional information can be furnished to resolve any dispute concerning the allowance of claims.

TAKE FURTHER NOTICE THAT any corporation filing a response MUST be represented by Legal Counsel at the hearing.

This 11th day of February, 2019.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Terri L. Gardner
Terri L. Gardner
N.C. State Bar No. 9809
4140 Parklake Avenue
GlenLake One, Suite 200
Raleigh, North Carolina 27612
Telephone: (919) 329-3882
Facsimile: (919) 329-3799
Email: terri.gardner@nelsonmullins.com

*Counsel for the Liquidating Trustee*