**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

IN RE:

MOREHEAD MEMORIAL HOSPITAL,    CASE NO. 17-10775
                                CHAPTER 11
   DEBTOR.

**STIPULATION EXTENDING TIME TO RESPOND TO OBJECTION TO ADMINISTRATIVE CLAIM OF ARAMARK HEALTHCARE TECHNOLOGIES, LLC**

On March 15, 2018, Aramark Healthcare Technologies, LLC ("AHT") filed Proof of Claim 252 as an administrative claim (the "Claim"). On February 11, 2019, Scott B. Davis, in his capacity as Debtor Representative and Liquidating Trustee (the "Trustee") of the estate of Morehead Memorial Hospital filed an objection to the Claim (the "Objection"). The deadline to file a response to the Objection is currently March 13, 2019 and a hearing on the Objection is currently set for March 26, 2019 at 9:30 a.m. To facilitate resolution of this matter, AHT and the Trustee hereby stipulate as follows:

1. The deadline to file a response to the Objection shall be extended to Monday, March 18, 2019.

**APPROVED AND AGREED TO BY:**

ICE MILLER LLP

/s/ John C. Cannizzaro
John C. Cannizzaro
Ohio Bar No. 0085161
150 West Street, Suite 700
Columbus, OH 43215-7509
Phone: (614) 462-1070
Fax: (614) 232-6923
john.cannizzaro@icemiller.com

NELSON MULLINS RILEY & SCARBOROUGH LLP

/s/ Terri L. Gardner
Terri L. Gardner
NC State Bar No. 9809
4140 Parklake Avenue
GlenLake One, Suite 200
Raleigh, North Carolina 27612
Telephone: (919) 329-3882
Facsimile: (919) 329-3799
Email: terri.gardner@nelsonmullins.com