SO ORDERED.

SIGNED this 20th day of March, 2019.

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

IN RE:

MOREHEAD MEMORIAL HOSPITAL,　　　　CASE NO. 17-10775
　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 11
　　DEBTOR.

**ORDER GRANTING OBJECTION TO ADMINISTRATIVE CLAIM OF ARAMARK HEALTHCARE TECHNOLOGIES, LLC**

Upon the objection (the "Objection") of Scott B. Davis, in his capacity as Liquidating Trustee (the "Trustee") of the estate of Morehead Memorial Hospital,[1] and the Trustee's request for disallowance of portions of the Administrative Claim filed by Aramark Healthcare Technologies, LLC (Claim 252), pursuant to Sections 502 and 507 of the Bankruptcy Code and Bankruptcy Rule 3007, and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that the relief requested in the Objection is in the best interests of the Liquidating Trust Estate and its creditors, and other parties in interest; and this Court having found that the Trustee's notice of the Objection was appropriate and no other notice need be provided; and this Court having reviewed the Objection and determined that the legal and

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the First Amended Joint Chapter 11 Plan of Orderly Liquidation [Docket No. 771].

factual bases set forth in the Objection establish just cause for the relief granted in this Order; and after due deliberation and sufficient cause appearing therefore,

It is HEREBY ORDERED THAT:

1. The Objection is GRANTED.

2. The Administrative Claim filed by Aramark Healthcare Technologies, LLC is hereby disallowed with the exception of $5,321.66 which is allowed as an administrative priority claim. Said amount shall be paid at the same time as and at the same priority as other administrative priority claims in accordance with the First Amended Joint Chapter 11 Plan of Orderly Liquidation, except that the Trustee may delay making such payment for a reasonable amount of time while the parties resolve any amounts owed by Aramark Healthcare Technologies, LLC.

3. This Order shall not impact the allowance or disallowance of the unsecured claim of Aramark Healthcare Technologies, LLC (Claim 174).

**END OF DOCUMENT**

## PARTIES TO BE SERVED

**VIA CM/ECF**

US Bankruptcy Administrator:
William P. Miller
Sarah Bruce
101 South Edgeworth Street
Greensboro, NC 27401

Thomas W. Waldrep, Jr.
Jennifer B. Lyday
Francisco T. Morales
Waldrep LLP
101 S. Stratford Road, Suite 210
Winston Salem, NC 27104

James H. Pulliam
Kilpatrick Townsend & Stockton LLP
214 North Tryon Street, Suite 2400
Charlotte, NC 28202
OBO Berkadia Commercial Mortgage, LLC

Colin M. Bernardino
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
OBO Berkadia Commercial Mortgage, LLC

Paul A. Fanning
Ward and Smith, P.A.
PO Box 8088
Greenville, NC 27835-8088
OBO First-Citizens Bank & Trust

June L. Basden
Carruthers & Roth PA
PO Box 540
235 N. Edgeworth Street
Greensboro, NC 27401
OBO Moonlight Solutions, LLC

James S. Livermon, III
Poyner Spruill LLP
PO Box 1801
Raleigh, NC 27602-1801
OBO NuVasive, Inc.

Keith C. Owens
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
OBO NuVasive, Inc.

Courtney L. Morgan
Office of the General Counsel
1200 K Street NW
Washington, DC 20005-4026
OBO Pension Benefit Guaranty Corporation

Katherine M. McCraw
Assistant Attorney General
NC Department of Justice
PO Box 629
Raleigh, NC 27602-0629
OBO NC Dept. of Health & Human Services, Division of Medical Assistance

Christine L. Myatt
Brian R. Anderson
Nexsen Pruet, PLLC
701 Green Valley Road, Suite 100
Greensboro, NC 27408
OBO Arthur J. Gallagher Risk Management Services, Inc. and NCHE Workers Compensation Fund, Inc.

US Department of Justice
Civil Division
Attn: Rodney Morris & I-Heng Hsu
PO Box 875
Washington, DC 20044
OBO United States Department of Housing and Urban Development

Andrew H. Sherman
Boris I. Mankovetskiy
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

Jason C. Pfister
Forrest Firm, P.C.
410 N. Boylan Avenue
Raleigh, NC 27603

Rayford K. Adams, III
Spilman Thomas & Battle, PLLC
110 Oakwood Drive, Suite 500
Winston Salem, NC 27103
OBO Empower IHCC, Inc.

Gregory P. Chocklett
Law Offices of Gregory P. Chocklett
711 Harvey Street
Raleigh, NC 27608
OBO U.S. Bank Equipment Finance

Andrew T. Houston
Moon Wright & Houston, PLLC
121 W. Trade Street, Suite 1950
Charlotte, NC 28202
OBO Aramark Healthcare Technologies, LLC

Margaret R. Westbrook
Emily Mather
K&L Gates LLP
4350 Lassiter at North Hills Avenue, Suite 300
Raleigh, NC 27609
OBO University of North Carolina Healthcare System

Brian C. Fork
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
1700 Wells Fargo Capital Center
150 Fayetteville Street
Raleigh, NC 27601
OBO Advanced Home Care, Inc.

Jeffrey E. Oleynik
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
PO Box 26000
Greensboro, NC 27420
OBO McKesson Medical-Surgical, Inc.

Jennifer L. Nassiri
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
OBO NuVasive, Inc.

**VIA EMAIL:**

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

Frank M. Smith
FMS Lawyer PL
9900 Stirling Road, Suite 226
Cooper City, FL 33024
frank.smith@fmslawyer.com
OBO Empower IHCC, Inc.

Jennifer T. Harrod
Special Deputy Attorney General
N.C. Department of Justice
PO Box 629
Raleigh, NC 27602
jharrod@ncdoj.gov

**VIA MAIL:**

Debtor:
Morehead Memorial Hospital
117 E. Kings Highway
Eden, NC 27288-5201

US Department of Justice, Civil Division
Office of the Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

US Dept. of Housing & Urban Dev.
Office of the Secretary
Ben Carson, MD
451 7th Street NW
Washington, DC 20410

NC Dept. of Health & Human Services
Division of Medical Assistance
Attn: General Counsel
Lisa Corbett
Adams Building
101 Blair Drive
Raleigh, NC 27603

North Carolina Attorney General
Josh Stein
PO Box 629
Raleigh, NC 27602-0629

US Dept. of Health & Human Services
Office of the Secretary
Sheila Conley, CFO
200 Independence Avenue SW
Washington, DC 20201

US Attorney's Office
Middle District of North Carolina
Attn: Civil Process Clerk
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401

**CLAIMANT:**

Aramark Healthcare Technologies, LLC
Attn: Brian Van Horn
10510 Twin Lakes Parkway
Charlotte, NC 28269

James J. Holman, Esq.
Jarret P. Hitchings, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103